**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CATHERINE M. DUBLE** | : | |
| **3500 Vintage Terrace** | : | |
| **Olney, Maryland 20832,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No.: 07-cv-01145** |
| | : | |
| **DISTRICT HOSPITAL PARTNERS, LP** | : | |
| **(d/b/a THE GEORGE WASHINGTON** | : | |
| **UNIVERSITY HOSPITAL),** | : | |
| | : | |
| **and** | : | |
| | : | |
| **MEDICAL FACULTY ASSOCIATES, INC.,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANT MEDICAL FACULTY ASSOCIATES, INC.'S**
**ANSWER TO COMPLAINT**

COMES NOW the defendant, Medical Faculty Associates, Inc., by and through its attorneys, Kenneth Armstrong, Esquire, and the law firm of Armstrong, Donohue, Ceppos & Vaughan, Chartered, and answers the Complaint filed in the above-captioned case, as follows:

**FIRST DEFENSE**

The Complaint fails to state a cause of action upon which relief can be granted.

**SECOND DEFENSE**

At all times applicable hereto, this defendant complied with the standards of care of reasonably competent physicians practicing under the same or similar circumstances.

## THIRD DEFENSE

Plaintiff's claims are barred by plaintiff's contributory negligence and/or assumption of the risk.

## FOURTH DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

## FIFTH DEFENSE

The damages, if any, are the result of a naturally occurring disease process for which this defendant cannot be held legally responsible.

## SIXTH DEFENSE

Plaintiff's claims are barred by the doctrine of Estoppel.

## SEVENTH DEFENSE

Plaintiff's claims are barred by the doctrines of Accord and Satisfaction.

## EIGHTH DEFENSE

Plaintiff's claims are barred in-part or in-full by the doctrines of Waiver and Release.

## NINTH DEFENSE

1.  This defendant did not commit the wrongs as alleged;

2.  This defendant was not negligent as alleged; and

3.  This defendant is not liable as alleged.

## TENTH DEFENSE

As to each and every allegation contained within the specifically numbered paragraphs of plaintiff's Complaint, this defendant answers respectively, as follows:

1.   This defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's Complaint.

2.   This defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's Complaint.

3.   This defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's Complaint.

4.   This defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's Complaint.

5.   Defendant admits that it is a corporation licensed to do business in the District of Columbia.  Defendant is without sufficient information to either admit or deny the allegations in remainder of this paragraph of plaintiff's Complaint.

6.   This defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's Complaint.

7.   This defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's Complaint.

8.   This defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's Complaint.  Defendant, however, denies this paragraph to the extent that it implies any wrongdoing on the part of any agent, servant, or employee of this defendant.

9.   Denied.

10.  Denied.

11.  Denied.

12.  Denied.

13.  This defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's Complaint.

14.  This defendant admits that it had a duty to conform its conduct to the applicable standards of care, but denies the remainder of this paragraph.

14a. Denied.

14b. Denied.

14c. Denied.

14d. Denied.

15.  This defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's Complaint.

16.  Denied.

17.  Denied.

18.  Denied.

WHEREFORE, this defendant seeks judgment in its favor, with costs to be assessed against plaintiffs.

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED**

_____/S/_____
Kenneth Armstrong, Esquire
(Bar No. 320507)
204 Monroe Street, Suite 101
Rockville, Maryland  20850
(301) 251-0440
Attorney for defendant, Medical Faculty
Associates, Inc.

-4-

## JURY DEMAND

This defendant respectfully requests a jury trial on all claims in this case.


_____
                    /S/
Kenneth Armstrong


## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2007, a copy of the foregoing Medical Faculty Associates, Inc.'s Answer to Complaint and Jury Demand was electronically filed and e-mailed to:

W. Scott Sonntag, Esquire
LAW OFFICES OF W. SCOTT SONNTAG, P.A.
Belle Point Office Park
7841 Belle Point Drive
Greenbelt, Maryland 20770

I hereby certify that on this 26th day of July, 2007, a copy of the foregoing Medical Faculty Associates, Inc.'s Answer to Complaint and Jury Demand was mailed first class, post-prepaid to:

Michael H. Bereston, Esquire
8 Fleet Street, 2nd Floor
Annapolis, MD 21401

District Hospital Partners, L.P.
900 23rd Street, N.W.
Washington, D.C. 20037


_____
                    /S/
Kenneth Armstrong

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Catherine M. Duble | District Hospital Partners, LP (d/b/a The George Washington University Hospital) and Medical Faculty Associates, Inc. |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

W. Scott Sonntag
Law Offices of W. Scott Sonntag, P.A.
7841 Belle Point Drive
Greenbelt, Maryland 20770
301-982-1254

ATTORNEYS (IF KNOWN)

H. Kenneth Armstrong, Esquire
Armstrong Donohue Ceppos & Vaughan, Chartered
204 Monroe Street, Ste 101
Rockville, Maryland 20850
301-251-0440 - Counsel for Defendant, Medical Faculty Associates, Inc.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ● 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☒ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**    OR    ○ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

006250

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. sec. 1332

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  **DEMAND $** _____ Check YES only if demanded in complaint  **JURY DEMAND:** YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 07/26/07     SIGNATURE OF ATTORNEY OF RECORD _(signature)_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.