IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE M. DUBLE, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No.:    07-cv-01145 |
| | : | |
| MEDICAL FACULTY ASSOCIATES, INC., *et al.*, | : | |
| | : | |
| **Defendants.** | | |

### CERTIFICATE UNDER LCvR7.1

I, the undersigned counsel of records for defendant, Medical Faculty Associates, Inc., hereby certifies that, to the best of my knowledge and belief there are no parent companies, subsidiaries, or affiliates of Medical Faculty Associates, Inc., which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS
& VAUGHAN, CHARTERED**

_____/S/_____
Kenneth Armstrong, Esquire
(Bar No. 320507)
204 Monroe Street, Suite 101
Rockville, Maryland  20850
(301) 251-0440
Attorneys for the defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of July, 2007, a copy of the foregoing Certificate Under LCvR7.1 was electronically filed and e-mailed to:

W. Scott Sonntag, Esquire
LAW OFFICES OF W. SCOTT SONNTAG, P.A.
Belle Point Office Park
7841 Belle Point Drive
Greenbelt, Maryland 20770

      I hereby certify that on this 26th day of July, 2007, a copy of the foregoing Certificate Under LCvR7.1 was mailed first class, post-prepaid to:

Michael H. Bereston, Esquire
8 Fleet Street, 2nd Floor
Annapolis, MD 21401

District Hospital Partners, L.P.
900 23rd Street, N.W.
Washington, D.C. 20037

                                                 /S/
                                           Kenneth Armstrong