IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE M. DUBLE | * | |
| Plaintiff | * | |
| Vs. | * | Case: 1:07-CV-01145 |
| | | Assigned to: Collyer, Rosemary M. |
| DISTRICT HOSPITAL PARTNERS, LP | * | Assign. Date: 6/26/2007 |
| (d/b/a The George Washington University | | Description: PI/Malpractice |
| Hospital), *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT, DISTRICT HOSPITAL PARTNERS, LP'S ANSWER TO COMPLAINT

Now comes Defendant, District Hospital Partners, LP, by its attorneys, Thomas V. Monahan, Jr. and Goodell, DeVries, Leech & Dann, LLP, and responds to the Complaint and to each and every Count thereof as follows:

### FIRST DEFENSE

1. The Complaint fails to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

2. This Defendant generally denies all allegations of liability and demands strict proof thereof.

### THIRD DEFENSE

Responding to the individually numbered paragraphs of the Complaint, this Defendant states as follows:

3. This Defendant admits the allegations in paragraph 1.

4. This Defendant does not have sufficient knowledge of the Plaintiff, Catherine M. Duble, to form a belief as to the accuracy of the allegations in paragraphs 2 and 3 of the Complaint and, accordingly, they are denied.

5. This Defendant admits the allegations in paragraph 4 of the Complaint.

6. This Defendant admits that the Medical Faculty Associates, Inc. is a corporation licensed to do business in the District of Columbia. Otherwise, it does not have sufficient knowledge to form a belief as to the truth or falsity of the remaining allegations in paragraph 5 of the Complaint and, therefore, they are denied.

7. At the present time, the undersigned counsel has no record of or knowledge of the Plaintiff's medical course or treatment at George Washington University Hospital and, therefore, cannot form a belief as to the truth or falsity of the allegations in paragraphs 6 through 14 of the Complaint. Accordingly, this Defendant denies the allegations in paragraphs 6 through 14 of the Complaint.

8. Responding to paragraph 15 of the Complaint, this Defendant incorporates herein by reference its previous responses to paragraphs 1-14 of the Complaint.

9. This Defendant denies all allegations of negligence in paragraph 16 of the Complaint to the extent that they are directed to District Hospital Partners, LP. Otherwise, this Defendant does not have sufficient knowledge of the facts alleged to form a belief as to their truth or falsity and, therefore, they are denied.

10. Responding to paragraphs 17 and 18 of the Complaint, this Defendant does not have sufficient knowledge of the truth or falsity of the allegations to form a belief as to their accuracy and, therefore, they are denied. This Defendant furthermore denies that the Plaintiff is entitled to a judgment or to recover any damages from it.

WHEREFORE, having fully responded to the Complaint, District Hospital Partners, LP, a Defendant, respectfully requests that the Plaintiff's demand for judgment against it be denied and that a judgment be entered in its favor including all costs, expenses and attorneys fees to which it may be entitled.

### FOURTH DEFENSE

11.   The Plaintiff caused or contributed to the injuries alleged.

### FIFTH DEFENSE

12.   The Plaintiff assumed the risk of the injuries alleged.

### SIXTH DEFENSE

13.   The Complaint and each and every Count thereof did not accrue within the period of the applicable statute of limitations and, therefore, are barred.

### SEVENTH DEFENSE

14.   The Plaintiff's claims are barred by the doctrine of accord and satisfaction.

### EIGHTH DEFENSE

15.   The Plaintiff's claim is barred by the doctrine of Release.

### NINTH DEFENSE

16.   This Defendant reserves the right to assert any additional defenses which may become apparent during the litigation of this matter.

Respectfully submitted,

/s/ *Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr. (457213)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783=4000
*Attorneys for Defendant, District Hospital Partners, LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2007, a copy of the foregoing Answer to Complaint was filed and served electronically to:

W. Scott Sonntag, Esquire
Law Offices of W. Scott Sonntag, P.A.
7841 Belle Point Drive
Greenbelt, Maryland   20770

Michael H. Bereston, Esquire
Michael H. Bereston, P.A.
8 Fleet Street, 2nd Floor
Annapolis, Maryland   21404

                                                 /s/ *Thomas V. Monahan, Jr.*
                                                 Thomas V. Monahan, Jr.

878515