IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHERINE M. DUBLE, :
:
      Plaintiff, :
:
v. : Case No.: 07-cv-01145
:
DISTRICT HOSPITAL PARTNERS, LP :
(d/b/a THE GEORGE WASHINGTON :
UNIVERSITY HOSPITAL), *ET AL.*, :
:
      Defendants. :

### ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties:

    Please enter the appearance of Erica C. Mudd, Esquire, as additional counsel on behalf of defendant, Medical Faculty Associates, Inc.  H. Kenneth Armstrong, Esquire, will remain as counsel for defendant, Medical Faculty Associates, Inc.

                              Respectfully submitted,

                              ARMSTRONG, DONOHUE, CEPPOS
                                & VAUGHAN, CHTD.


                              /S/
                          H. Kenneth Armstrong, Esquire (Bar No. 320507)


                              /S/
                          Erica C. Mudd (Bar No. 500785)
                          204 Monroe Street, Suite 101
                          Rockville, MD  20850
                          301/251-0440
                          Attorneys for defendant, Medical Faculty
                          Associates, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above was forwarded to the following parties on this 12th day of September, 2007.

W. Scott Sonntag, Esquire
Belle Point Office Park
7841 Belle Point Drive
Greenbelt, MD 20770

Michael H. Bereston, Esquire
8 Fleet Street, 2nd Floor
Annapolis, MD 21401

Thomas V. Monahan, Jr., Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

                /S/
                H. Kenneth Armstrong