UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE M. DUBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1145 (RMC) |
| ) | |
| DISTRICT HOSPITAL PARTNERS, LP ) | |
| (d/b/a THE GEORGE WASHINGTON ) | |
| UNIVERSITY HOSPITAL), *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on September 21, 2007, it is hereby **ORDERED** that:

1. Plaintiff's designation of experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than January 31, 2008. Defendant's designation of experts and reports shall be made no later than April 30, 2008.

2. Each party is limited to a maximum of five (5) depositions.

3. Each party is limited to a maximum of twenty-five (25) interrogatories, including discrete subparts. Responses to all interrogatories shall be made thirty (30) days after service. The first set of interrogatories and document requests shall be served no later than November 1, 2007.

4. Each party is limited to a maximum of twenty-five (25) requests for admissions, including

      discrete subparts. Responses to all requests for admissions shall be made thirty (30) days after service.

5. All discovery shall be completed no later than August 29, 2008.

6. Dispositive motions shall be filed no later than September 30, 2008; oppositions shall be filed no later than October 15, 2008; and replies shall be filed no later than October 31, 2008. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

7. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

8. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

9. A post-discovery status conference is scheduled for September 5, 2008 at 10:00 a.m. A pretrial conference is scheduled for December 12, 2008 at 10 a.m. This matter is scheduled for a jury trial to commence January 12, 2009 and to conclude no later than January 21, 2009. Counsel shall be prepared at the status conference to advise the court whether the expected length of trial has changed and of the number of fact and expert witnesses each party will

present. Trial counsel shall appear at all hearings, unless excused by the court in advance of the hearing date.

10. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

11. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**


Date: September 21, 2007                                   /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge