IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE M. DUBLE | * | |
| Plaintiff | * | |
| Vs. | * | Case:  1:07-CV-01145 |
| | | Assigned to: Collyer, Rosemary M. |
| DISTRICT HOSPITAL PARTNERS, LP | * | Assign. Date: 6/26/2007 |
| (d/b/a The George Washington University | | Description: PI/Malpractice |
| Hospital), *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE UNDER F.R.C. 7.1

I, the undersigned counsel for the Defendant, District Hospital Partners, LP, submit the following statement in compliance with Federal Rule of Civil Procedure 7.1. District Hospital Partners, LP is a limited partnership, not a stock corporation. UHS of D.C., Inc., a Delaware corporation is the general partner and a limited partner. George Washington University is the only other limited partner. UHS of D.C., Inc. is not a publicly-traded company. Rather, 100% of its stock is owned by Universal Health Services, Inc., which is a publicly-traded company.

These representations are made in order that Judges of this Court may determine the need for recusal.

Respectfully submitted,

*/s/ Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr. (457213)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783=4000
*Attorneys for Defendant, District Hospital Partners, LP*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2007, a copy of the foregoing Certificate Under F.R.C. 7.1 was filed and served electronically to:

W. Scott Sonntag, Esquire
Law Offices of W. Scott Sonntag, P.A.
7841 Belle Point Drive
Greenbelt, Maryland   20770

Michael H. Bereston, Esquire
Michael H. Bereston, P.A.
8 Fleet Street, 2nd Floor
Annapolis, Maryland   21404

/s/ *Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr.

893603