IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CATHERINE M. DUBLE,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case: 1:07-cv-01145-RMC |
| **DISTRICT HOSPITAL PARTNERS, LP** (d/b/a The George Washington University Hospital), *et al.,* | * | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties:

Please enter the appearance of Danielle S. Dinsmore, Esquire, as additional counsel on behalf of Defendant, District Hospital Partners, LP t/a The George Washington University Hospital. Thomas V. Monahan, Jr., Esquire and Goodell, DeVries, Leech & Dann, LLP will remain as counsel for Defendant, District Hospital Partners, LP t/a The George Washington University Hospital.

Respectfully submitted,

*/s/ Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr. (DC Bar #457213)

*/s/ Danielle S. Dinsmore*
Danielle S. Dinsmore (DC Bar #482468)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000 Tel.; (410) 783-4040 Fax
**Attorneys for Defendant, District Hospital Partners, LP t/a The George Washington University Hospital**

4828-0229-7090  (1137-98)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April, 2008, that the foregoing was filed and served electronically upon:

> Michael H. Bereston, Esquire
> Michael H. Bereston, P.A.
> 8 Fleet Street, 2nd Floor
> Annapolis, MD 21401
> **Attorneys for Plaintiff**
>
> H. Kenneth Armstrong, Esquire
> Erica C. Mudd, Esquire
> Armstrong, Donohue, Ceppos & Vaughan, Chtd.
> 204 Monroe Street, Suite 101
> Rockville, MD 20850
> **Attorneys for Defendant,**
> **Medical Faculty Associates**

                                      */s/   Thomas V. Monahan, Jr.*
                                      Thomas V. Monahan, Jr. (DC Bar #457213)