IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE M. DUBLE, | * | |
| Plaintiff, | * | |
| v. | * | Case: 1:07-cv-01145 |
| DISTRICT HOSPITAL PARTNERS, LP (d/b/a The George Washington University Hospital), *et al.*, | * | Judge Rosemary M. Collyer |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION TO MODIFY THE SCHEDULING ORDER

COMES NOW the Parties, by and through their respective counsel, and jointly move this Honorable Court for an Order amending the current Scheduling Order, and in support thereof state as follows:

1. This is a medical malpractice action filed by Catherine M. Duble against District Hospital Partners, LP and Medical Faculty Associates, claiming medical negligence in the care and treatment of Catherine M. Duble in and around September 4, 2003.

2. The Parties are currently engaged in meaningful discovery including the exchange of written discovery responses, exchange of extensive medical records and the deposition of the Plaintiff, Catherine M. Duble, has recently been taken. In addition, the Plaintiff has filed his designation of experts pursuant to Federal Rule of Civil Procedure 26(a)(2).

3. Additional fact witness depositions have been requested by the Parties and the depositions of the Plaintiff's expert witnesses need to be scheduled before the Defendants are in a position to designate their experts. Accordingly, the Parties agree that it would be in the best interests of all concerned to modify the current Scheduling Order.

4827-2569-1394 (1137-98)

4. The Parties seek only to change the deadline for Defendant's expert designation. All other deadlines are to remain the same. The Parties proposed the change of the deadline for Defendant's expert designation from April 30, 2008 to July 31, 2008.

5. Modification of the Scheduling Order, consistent with the above will not affect the trial date.

6. All Parties have consented to the extension and the relief sought in this Consent Motion. The Parties submit that good cause exists for permitting this extension and that none of the Parties shall be prejudiced by it.

7. For these reasons the Parties jointly request that this Honorable Court grant their Motion and amend the Scheduling Order. The proposed Order is attached hereto.

Respectfully submitted,

/s/ *Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr. (DC Bar #457213)

/s/ *Danielle S. Dinsmore*
Danielle S. Dinsmore (DC Bar #482468)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000 Tel.; (410) 783-4040 Fax
**Attorneys for Defendant, District Hospital Partners, LP t/a The George Washington University Hospital**

/s/ *Erica C. Mudd*
H. Kenneth Armstrong, Esquire
Erica C. Mudd, Esquire
Armstrong, Donohue, Ceppos
 & Vaughan, Chtd.
204 Monroe Street, Suite 101
Rockville, Maryland 20850

Respectfully submitted,

/s/ *Michael H. Bereston*
Michael H. Bereston
Michael H. Bereston, P.A.
8 Fleet Street, 2nd Floor
Annapolis, MD 21401
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April, 2008, that the foregoing was filed and served electronically upon:

Michael H. Bereston, Esquire
Michael H. Bereston, P.A.
8 Fleet Street, 2nd Floor
Annapolis, MD 21401
**Attorneys for Plaintiff**

H. Kenneth Armstrong, Esquire
Erica C. Mudd, Esquire
Armstrong, Donohue, Ceppos & Vaughan, Chtd.
204 Monroe Street, Suite 101
Rockville, MD 20850
**Attorneys for Defendant,**
**Medical Faculty Associates**

/s/ *Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr. (DC Bar #457213)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE M. DUBLE, | * | |
| Plaintiff, | * | |
| v. | * | Case: 1:07-cv-01145 |
| DISTRICT HOSPITAL PARTNERS, LP (d/b/a The George Washington University Hospital), *et al.*, | * | Judge Rosemary M. Collyer |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This matter having come before the Court on submission of the Parties' Joint Motion to Amend the Scheduling Order, the Parties joining in the relief requested and there being no prejudice to the Parties or undue burden on the Court and the request being in the interest of justice, it is this _____ day of _____, 2008 hereby ORDERED that the Motion shall be GRANTED and it is further

ORDERED that the deadline for Defendant's designation of experts and reports shall be July 31, 2008 and it is further

ORDERED that all other deadlines shall remain unchanged.

_____
Rosemary M. Collyer
United States District Judge

Copies to:

Michael H. Bereston, Esquire
Michael H. Bereston, P.A.
8 Fleet Street, 2nd Floor
Annapolis, MD 21401

*Page 1 of 2*

4827-2569-1394 (1137-98)

Copies to:

H. Kenneth Armstrong, Esquire
Erica C. Mudd, Esquire
Armstrong, Donohue, Ceppos & Vaughan, Chtd.
204 Monroe Street, Suite 101
Rockville, MD  20850

Thomas V. Monahan, Jr., Esquire
Danielle S. Dinsmore, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202