IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE M. DUBLE, | * | |
| Plaintiff, | * | |
| v. | * | Case: 1:07-cv-01145-RMC |
| DISTRICT HOSPITAL PARTNERS, LP (d/b/a The George Washington University Hospital), *et al.*, | * * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties:

Please enter the appearance of Danielle S. Dinsmore, Esquire, as additional counsel on behalf of Defendant, District Hospital Partners, LP t/a The George Washington University Hospital. Thomas V. Monahan, Jr., Esquire and Goodell, DeVries, Leech & Dann, LLP will remain as counsel for Defendant, District Hospital Partners, LP t/a The George Washington University Hospital.

Respectfully submitted,

/s/ *Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr. (DC Bar #457213)

/s/ *Danielle S. Dinsmore*
Danielle S. Dinsmore (DC Bar #482468)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000 Tel.; (410) 783-4040 Fax
**Attorneys for Defendant, District Hospital Partners, LP t/a The George Washington University Hospital**

4828-0229-7090 (1137-98)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2008, that the foregoing was filed and served electronically upon:

>Michael H. Bereston, Esquire
>Michael H. Bereston, P.A.
>8 Fleet Street, 2nd Floor
>Annapolis, MD  21401
>**Attorneys for Plaintiff**
>
>H. Kenneth Armstrong, Esquire
>Erica C. Mudd, Esquire
>Armstrong, Donohue, Ceppos & Vaughan, Chtd.
>204 Monroe Street, Suite 101
>Rockville, MD  20850
>**Attorneys for Defendant,**
>**Medical Faculty Associates**

>/s/  *Danielle S. Dinsmore*
>Danielle S. Dinsmore (DC Bar #482468)

4828-0229-7090  (1137-98)