IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHERINE M. DUBLE,     *

   Plaintiffs     *

    *

vs.     *

    *

DISTRICT HOSPITAL PARTNERS, LP
(d/b/a THE GEORGE WASHINGTON     *
UNIVERSITY HOSPITAL), et al.

   Defendants     *

Case No.: 07-cv-01145

*******************************************************************

## NOTICE OF SERVICE

This is to certify that on this __6th__ day of __May__, 2008, a copy of Plaintiffs Notice to Take Deposition of Defendant Dr. Bielamowicz was faxed and Notice filed electronically to: Kenneth Armstrong, Esquire, Erica Mudd, Esquire, Armstrong, Donohue, Ceppos & Vaughan, 204 Monroe Street, Suite 101, Rockville, Maryland 20850, Attorneys for Defendant MFA, and Thomas Monahan, Esquire, Danielle Dinsmore, Esquire, Goodell, DeVries, Leech & Dann, One South Street, 20th Floor, Baltimore, Maryland 21202, Attorneys for Defendant for District Hospital Partnership.

 

_____
Michael H. Bereston, Esquire
Michael H. Bereston, P.A.
8 Fleet Street, P.O. Box 2990
Annapolis, MD 21401
410-269-5011

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHERINE M. DUBLE,                     *

    Plaintiffs                          *

                                  *

vs.                                     *

                                  *

DISTRICT HOSPITAL PARTNERS, LP
(d/b/a THE GEORGE WASHINGTON          *
UNIVERSITY HOSPITAL), et al.

    Defendants                          *

                                        Case No.: 07-cv-01145
*********************************************************************

NOTICE OF SERVICE

       This is to certify that on this __6th__ day of __May__, 2008, a copy of Plaintiffs Notice to Take Deposition of Defendant Dr. Bielamowicz was faxed and Notice filed electronically to: Kenneth Armstrong, Esquire, Erica Mudd, Esquire, Armstrong, Donohue, Ceppos & Vaughan, 204 Monroe Street, Suite 101, Rockville, Maryland 20850, Attorneys for Defendant MFA, and Thomas Monahan, Esquire, Danielle Dinsmore, Esquire, Goodell, DeVries, Leech & Dann, One South Street, 20th Floor, Baltimore, Maryland 21202, Attorneys for Defendant for District Hospital Partnership.

                                                            Michael H. Bereston, Esquire
                                                            Michael H. Bereston, P.A.
                                                            8 Fleet Street, P.O. Box 2990
                                                            Annapolis, MD 21401
                                                            410-269-5011

                                                            Attorneys for Plaintiffs