IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CATHERINE M. DUBLE,** | * | |
| Plaintiff, | * | |
| v. | * | Case: 1:07-cv-01145 |
| **DISTRICT HOSPITAL PARTNERS, LP** (d/b/a The George Washington University Hospital), *et al.,* | * * | Judge Rosemary M. Collyer  Next Event: Discovery deadline - 8/29/08 |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

AND NOW the undersigned counsel for the parties do hereby stipulate and agree that all claims brought against the Defendant, District Hospital Partners, LP t/a The George Washington University Hospital in the above-captioned matter are hereby dismissed and discontinued without prejudice.

Respectfully submitted,

 /s/  Michael H. Bereston
Michael H. Bereston
Michael H. Bereston, P.A.
8 Fleet Street, 2nd Floor
Annapolis, MD  21401
**Counsel for Plaintiffs**

 /s/  Danielle S. Dinsmore
Thomas V. Monahan, Jr.
Danielle S. Dinsmore
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
(410) 783-4000 Tel.; (410) 783-4040 Fax
**Counsel for Defendant, DHP**

 /s/  H. Kenneth Armstrong
H. Kenneth Armstrong
Erica C. Mudd
Armstrong, Donohue, Ceppos
 & Vaughan, Chtd.
204 Monroe Street, Suite 101
Rockville, MD  20850
**Attorneys for Defendant,**
**Medical Faculty Associates**

4835-5224-2946  (1137-98)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of June, 2008, a copy of the foregoing was filed and served electronically upon:

    Michael H. Bereston, Esquire
    Michael H. Bereston, P.A.
    8 Fleet Street, 2nd Floor
    Annapolis, MD  21401
    **Attorneys for Plaintiff**

    H. Kenneth Armstrong, Esquire
    Erica C. Mudd, Esquire
    Armstrong, Donohue, Ceppos & Vaughan, Chtd.
    204 Monroe Street, Suite 101
    Rockville, MD  20850
    **Attorneys for Defendant,**
    **Medical Faculty Associates**

                           */s/  Danielle S. Dinsmore*
                           Danielle S. Dinsmore (DC Bar #482468)