IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE M. DUBLE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 07-cv-01145 |
| | : | |
| MEDICAL FACULTY ASSOCIATES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

COME NOW, the parties by and through their respective counsel, and move this Honorable Court for the entry of an Order in the above-captioned case amending the current Scheduling Order. In support of this Consent Motion, the parties state, as follows:

1. This is an action for medical negligence filed by plaintiff, Catherine M. Duble, against defendants, District Hospital Partners, LP, and Medical Faculty Associates, Inc., arising from care and treatment provided to plaintiff in September 2003.

2. On June 13, 2008, the parties stipulated to the dismissal of defendant, District Hospital Partners, LP, without prejudice.

3. Since the filing of Answers to plaintiff's Complaint, the parties have been actively engaged in discovery. It is apparent, however, that additional time is needed to conduct discovery on issues of standard of care, causation, and damages.

4. To date, the parties have exchanged written discovery requests, several fact witnesses have been deposed, extensive medical records have been exchanged, and one of plaintiff's experts designated pursuant to Federal Rule of Civil Procedure 26(a)(2) has been deposed.

5.  Although dates have been secured for the depositions of plaintiff's other designated experts, the selected dates are very close in time to defendant's present deadline for designating experts, and therefore, defendant will be extremely limited in its ability to comply with the requirements of Rule 26(a). Accordingly, the parties agree that it would be in the best interests of all concerned to modify the current Scheduling Order.

6.  Pursuant to the current Scheduling Order, the following deadlines are in place:

| | |
|---|---|
| Defendant's designation of experts | July 31, 2008 |
| Discovery completed | August 29, 2008 |
| Post-Discovery Status Conference | September 5, 2008 |
| Dispositive Motions | September 30, 2008 |
| Opposition Motions | October 15, 2008 |
| Replies | October 31, 2008 |
| Pretrial Conference | December 12, 2008 @ 10:00 a.m. |
| Jury Trial | January 12, 2009 – January 21, 2009 |

7.  Based on a need for additional time to conduct discovery, the parties have consented to a 30-day extension of the current Scheduling Order, and propose the following new deadlines:

| | |
|---|---|
| Defendant's designation of experts | August 31, 2008 |
| Discovery completed | September 29, 2008 |
| Post-Discovery Status Conference | October 3, 2008 |
| Dispositive Motions | October 30, 2008 |
| Opposition Motions | November 15, 2008 |
| Replies | November 31, 2008 |
| Pretrial Conference | December 12, 2008 @ 10:00 a.m. |
| Jury Trial | January 12, 2009 – January 21, 2009 |

8.  Modification of the Scheduling Order consistent with the above will not affect the trial date.

9.  All parties have consented to the extension and the relief sought in the Consent Motion. The parties submit that good cause exist for permitting this extension and that none of

the parties shall be prejudiced by the extension.

WHEREFORE, for the above-stated reasons, the parties respectfully request that this Honorable Court amend the Scheduling Order in this case.

Respectfully submitted,

| | |
|---|---|
| **MICHAEL H. BERESTON, P.A.** | **ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED** |
| /S/ | /S/ |
| Michael H. Bereston, Esquire | Kenneth Armstrong, Esquire |
| 8 Fleet Street, 2nd Floor | (Bar No. 320507) |
| P.O. Box 2990 | Erica C. Mudd, Esquire |
| Annapolis, MD 21404 | (Bar No. 500785) |
| 410-269-5011 - office | 204 Monroe Street, Suite 101 |
| Counsel for Plaintiff | Rockville, Maryland 20850 |
| | (301) 251-0440 |
| | Counsel for Defendant Medical Faculty Assoc., Inc. |

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2008, a copy of the foregoing Consent Motion to Modify Scheduling Order was electronically filed and e-mailed to:

Michael H. Bereston, Esquire
8 Fleet Street, 2nd Floor
P.O. Box 2990
Annapolis, MD 21404

/S/
Erica C. Mudd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATHERINE M. DUBLE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.:   07-cv-01145 |
| : | |
| **MEDICAL FACULTY ASSOCIATES,** : | |
| **INC.**, *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

UPON CONSIDERATION of the parties' Consent Motion to Amend the Scheduling Order, and for good cause shown, it is this _____ day of _____, 2008

**ORDERED**, that the Consent Motion is hereby **GRANTED** and it is further

**ORDERED**, that the Scheduling Order is amended as follows:

| | |
|---|---|
| Defendant's designation of experts | August 31, 2008 |
| Discovery completed | September 29, 2008 |
| Post-Discovery Status Conference | October 3, 2008 |
| Dispositive Motions | October 30, 2008 |
| Opposition Motions | November 15, 2008 |
| Replies | November 31, 2008 |
| Pretrial Conference | December 12, 2008 @ 10:00 a.m. |
| Jury Trial | January 12, 2009 – January 21, 2009 |

_____
Rosemary M. Collyer
United States District Judge

Copies to:

Erica C. Mudd, Esquire
ARMSTRONG, DONOHUE, CEPPOS
 & VAUGHAN, CHTD
204 Monroe Street, Suite 101
Rockville, MD  20850

Michael H. Bereston, Esquire
8 Fleet Street, 2nd Floor
P.O. Box 2990
Annapolis, MD 21404