**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CATHERINE M. DUBLE,** | : |
| | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **Case No.: 07-cv-01145** |
| | : |
| **MEDICAL FACULTY ASSOCIATES, INC.,** | : |
| | : |
| | : |
| **Defendant.** | : |

**DEFENDANT'S PRELIMINARY FEDERAL RULE OF**
**CIVIL PROCEDURE 26(a)(2) DISCLOSURE**

Pursuant to this Court's Scheduling Order, defendant, Medical Faculty Associates, Inc., by and through its counsel, Kenneth Armstrong, Esquire, Erica C. Mudd, Esquire, and the law firm of Armstrong, Donohue, Ceppos & Vaughan, Chartered, hereby submits this Preliminary Federal Rule of Civil Procedure 26(a)(2) Disclosure in the above-captioned matter.

This Disclosure is submitted as a "preliminary" disclosure given that discovery is still ongoing and the depositions of the parties, expert witnesses, and fact witnesses have not yet been completed. This Preliminary Disclosure is intended to supplement discovery responses previously provided including, but not limited to, Answers to Interrogatories and Requests for Production of Documents.

The language employed in this Preliminary Disclosure is that of counsel and not of the individual expert witnesses. This Disclosure represents counsels' attempt to synthesize and summarize opinions that have been expressed by these experts. Written reports prepared by these experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and other required expert disclosures are attached as exhibits hereto.

1.     **Douglas E. Mattox, M.D.**
       **Department of Otolaryngology – Head and Neck Surgery**
       **The Emory Clinic – A2325**
       **1365 Clifton Road, N.E.**
       **Atlanta, Georgia 30322**

Dr. Mattox is board-certified in otolaryngology. Without limitation, Dr. Mattox is expected to testify that actual agents, servants, and employees of this defendant, including otolaryngologist, Steven Bielamowicz, M.D., complied with the applicable standards of care in the care and treatment of plaintiff, Catherine Duble. Dr. Mattox is further expected to testify that no alleged action or omission on the part of agents, servants, and employees of this defendant, including otolaryngologist, Steven Bielamowicz, M.D., caused or contributed to any alleged injuries of plaintiff, Catherine Duble. Dr. Mattox is expected to base his opinions on his education, training, and experience, as well as his review of the medical records of plaintiff, Catherine Duble, the deposition transcripts of all parties and all witnesses in this matter, and any and all pleadings or discovery material filed in this matter. A copy of Dr. Mattox's curriculum vitae, written report, which contains the mandatory disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B), and the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B)(v), are attached hereto as Exhibit A.

2.     **Stephen D. Martin, M.D.**
       **1901 Research Boulevard, Suite 350**
       **Rockville, Maryland 20850**

Dr. Martin is board-certified in anesthesiology. Without limitation, Dr. Martin is expected to testify that actual agents, servants, and employees of this defendant, including anesthesiologist, Paul Dangerfield, M.D., complied with the applicable standards of care in the care and treatment of plaintiff, Catherine Duble. Dr. Martin is further expected to testify that no

alleged action or omission on the part of agents, servants, and employees of this defendant, including anesthesiologist, Paul Dangerfield, caused or contributed to any alleged injuries of plaintiff, Catherine Duble.  Dr. Martin is expected to base his opinions on his education, training, and experience, as well as his review of the medical records of plaintiff, Catherine Duble, the deposition transcripts of all parties and all witnesses in this matter, and any and all pleadings or discovery material filed in this matter.  A copy of Dr. Martin's curriculum vitae, written report, which contains the mandatory disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B), and the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B)(v), are attached hereto as Exhibit B.

> **3.    John Feigert, M.D.**
> **Arlington-Fairfax Hematology-Oncology**
> **1635 North George Mason Drive, Suite 170**
> **Arlington, Virginia 22205**

Dr. Feigert is board-certified in internal medicine with sub-specialties in hematology and oncology.  Without limitation, Dr. Feigert is expected to primarily address issues of causation. More specifically, Dr. Feigert is expected to testify that, the alleged delay in the diagnosis of plaintiff's lung cancer did not deprive her of the likelihood of survival and cure, as plaintiff's 5 year survival rate had she been diagnosed close in time to the September 2003 chest x-ray was in the 35% to 40% range; her 5 year survival rate at the time of diagnosis in July 2005 was between 10% and 15%.  Further, assuming Ms. Duble remains disease free at the time of trial as she is presently, he will testify that her current 5 year survival rate is 35% and is the same or higher than would have been predicted in September 2003.  Dr. Feigert is expected to base his opinions on his education, training, and experience, as well as his review of the medical records of plaintiff, Catherine Duble, the deposition transcripts of all parties and all witnesses in this matter,

and any and all pleadings or discovery material filed in this matter. A copy of Dr. Feigert's curriculum vitae, written report, which contains the mandatory disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B), and the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B)(v), are attached hereto as Exhibit C.

    4.      **Ruth Fast, M.Ed., CRC, CCM**
             **Ruth Fast Consulting**
             **102 Estates Road**
             **Merry Point, Virginia 22513**

Ms. Fast is a certified rehabilitation counselor. She will offer expert testimony addressing plaintiff's allegations related to her employability and earning capacity. Ms. Fast is expected to base her opinions on her education, training, and experience, as well as her review of the medical, financial, employment, and disability records of plaintiff, Catherine Duble, her home visit and meeting with plaintiff, Catherine Duble, the deposition transcripts of all parties and all witnesses in this matter, and any and all pleadings or discovery material filed in this matter. A copy of Ms. Fast's curriculum vitae, written report, which contains the mandatory disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B), and the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B)(v), are attached hereto as Exhibit D.

    5.      **Thomas Grogan**
             **Victoria Business Center**
             **1489 Baltimore Pike, Suite 211**
             **Springfield, Pennsylvania 19064**

Mr. Grogan is an economist. Mr. Grogan will offer expert testimony addressing plaintiff's allegations related to economic losses, including lost wages and lost earning capacity. Mr. Grogan is expected to base his opinions on his education, training, and experience, as well as his review of the medical, financial, employment, and disability records of plaintiff, Catherine

Duble, the deposition transcripts of all parties and all witnesses in this matter, and any and all pleadings or discovery material filed in this matter. A copy of Dr. Mattox's curriculum vitae, written report, which contains the mandatory disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B), and the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B)(v), are attached hereto as Exhibit E.

This defendant reserves the right to call as an expert any health care provider identified in the medical and mental health records, and/or who has been or will be deposed in this matter.

This defendant reserves the right to call as an expert and/or treating physician witness in this case any treating and/or consulting physician, health care provider, mental health provider, or other consultant who provided information, care, and/or treatment to plaintiff.

This defendant reserves the right to call as an expert any expert identified by any party to this action.

This defendant reserves the right to supplement this Preliminary Disclosure and identify additional expert witnesses pending the completion of depositions of fact witnesses and expert witnesses in any and all fields that may be pertinent once the aforementioned discovery is completed.

This defendant reserves the right to supplement this Preliminary Disclosure up to the time of trial.

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS**
**& VAUGHAN, CHARTERED**


_____/S/_____
Kenneth Armstrong, Esquire (#320507)
karmstrong@adclawfirm.com
Erica C. Mudd, Esquire (#500785)
emudd@adclawfirm.com
204 Monroe Street, Suite 101
Rockville, Maryland  20850
(301) 251-0440 – phone
(301) 279-5929 - fax
Counsel for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August 2008, a copy of the foregoing Defendant's Federal Rule of Civil Procedure 26(a)(2) Disclosure was electronically filed and e-mailed to:

Michael H. Bereston, Esquire
8 Fleet Street, 2nd Floor
P.O. Box 2990
Annapolis, MD 21404


_____/S/_____
Erica C. Mudd

6

# EXHIBIT A

# EMORY UNIVERSITY SCHOOL OF MEDICINE
## CURRICULUM VITAE

Revised: January 17, 2008

**Name:**

Douglas E. Mattox, MD

| **Office address:** | **Telephone:** | **Fax:** |
| --- | --- | --- |
| Department of Otolaryngology – Head & Neck Surgery<br>The Emory Clinic,  A2325<br>1365 Clifton Road, N.E.<br>Atlanta, GA  30322 | (404)-778-5737 | (404)-778-4295 |

**E-mail address:**

douglas_mattox@emoryhealthcare.org

**Birth Place:**

Terre Haute, IN, USA

**Citizenship:**

United State of America

**Current Titles and Affiliations:**

### Academic Appointments

Professor and Chairman, Department of Otolaryngology - Head & Neck Surgery, The Emory University School of Medicine, Atlanta, GA.  1998 – present.

Director, Residency Training Program, Department of Otolaryngology - Head & Neck Surgery, The Emory University School of Medicine, Atlanta, GA.  1998 – present.

### Clinical Appointments:

Chair, Section of Otolaryngology - Head & Neck Surgery, The Emory Clinic, Atlanta, GA.  1998 – present.

**Previous Academic and Professional Appointments:**

Professor and Director, Division of Otolaryngology Head & Neck Surgery, University of Maryland Medical System, Baltimore, Maryland, 1993 – 1998.

Director, Residency Training Program, Division of Otolaryngology - Head & Neck Surgery, University of Maryland Medical System, Baltimore, Maryland, 1993 – 1998.

Vice-Chairman, Department of Otolaryngology - Head and Neck Surgery, The Johns Hopkins University School of Medicine, Baltimore, Maryland, 1984 - 1993.

Professor, Department of Otolaryngology - Head and Neck Surgery, The Johns Hopkins University School of Medicine, Baltimore, Maryland, 1992 - 1993.

Associate Professor, Otolaryngology - Head and Neck Surgery, The Johns Hopkins University School of Medicine, Baltimore, Maryland, 1984 -1991.

Associate Professor, Department of Neurosurgery. Johns Hopkins University School of Medicine, Baltimore, Maryland, 1987 -1993.

Associate Professor, Department of Surgery, Division of Otorhinolaryngology, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, 1981 -1984.

Associate Professor, Department of Anatomy, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, 1981 -1984.

Assistant Professor, Department of Surgery, Division of Otorhinolaryngology, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, 1977-1981.

Assistant Professor, Department of Anatomy, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, 1978-1981.

**Previous Administrative Appointments:**

Director, Division of Otolaryngology Head & Neck Surgery, University of Maryland Medical System, Baltimore, Maryland, 1993 – 1998

Acting Chairman, Department of Otolaryngology - Head and Neck Surgery, The Johns Hopkins University School of Medicine, Baltimore, Maryland, April - December 1990.

Vice-Chairman, Department of Otolaryngology - Head and Neck Surgery, The Johns Hopkins University School of Medicine, Baltimore, Maryland, 1984 - 1993.

Chief, Otolaryngology Section, Audie Murphy Veterans Administration Hospital, San Antonio, Texas, 1977-1984.

Director, Resident Training Program, Division of Otolaryngology, The University of Texas Health Science Center at San Antonio, 1980-1984.

**Licensures/Boards:**

Maryland                D30781, issued 1984 (inactive)

Georgia                 45291, issued 1998

**Specialty Boards:**

American Board of Otolaryngology, September, 1977

American Board of Neurotology, April, 2004

**Education:**

Dartmouth College, BA, 1969

Yale University School of Medicine, MD, 1973

**Postgraduate Training:**

Internship in Surgery, Stanford University Medical School, 1973-1974

Otolaryngology Residency, F. Blair Simmons, M.D., Stanford University Medical School, 1974-1977

Clinical Fellowship in Otology and Neurology. Ugo Fisch, M.D. Zurich, Switzerland, August, 1984 - August 1985.

**Committee Memberships:**

**National and International:**

American Academy of Otolaryngology-Head and Neck Surgery, Program Advisory Committee, 1980-1985.

American Academy of Otolaryngology-Head and Neck Surgery, Monographs Committee, 1981-1987.

American Council of Otolaryngology, Research Advisory Committee, 1980-1981.

Association for Research in Otolaryngology, Membership Committee, 1982-1985.

American Academy of Facial Plastic and Reconstructive Surgery Program Advisory Committee, 1983.

American Academy of Otolaryngology-Head and Neck Surgery, Research Committee, 1984-1989.

American Academy of Otolaryngology-Head and Neck Surgery, Committee on DRG's, 1985-1989.

Centurions of the Deafness Research Foundation, Maryland State Chairman, 1985 - 1998.

Society of University Otolaryngologists-Head and Neck Surgeons, Continuing Education Academic Advisory Committee, 1986

American Academy of Otolaryngology-Head and Neck Surgery, Co-Chairman Research Forum, 1987 - 1988.

Publications Committee, North American Skull Base Society, 1990 - 2000

Scientific Review Committee of the Deafness Research Foundation, 1990 - 1992

NIH Study Section, Communication Disorders Review Committee, NIH - NIDCD, 1990 - 1995

Program Committee, North American Skull Base Society, 1991-1992

Medical Advisory Panel, Alexander Graham Bell Association for the Deaf, 1991 - 1996.

American College of Surgeons, Program Advisory Panel - 1991

V. A. Disability Rating Review Panel - Disability from Hearing Loss, 1991.

Committee on Equilibrium and Balance, American Academy of Otolaryngology - Head and Neck Surgery, 1990 - 1995.

Program Advisory Committee, American Otological Society, 1992 - 1994.

Medical Informatics Committee, American Academy of Otolaryngology - Head & Neck Surgery, 1992 - 1996

Resident Research Awards Committee, Southern Section Triological Society, January, 1995

Program Advisory Committee, American Otological Society, 1993-1995.

National Outcomes Advisory Council, American Academy of Otolaryngology - Head & Neck Surgery, 1996 - present

Guest Examiner, American Board of Otolaryngology - Head and Neck Surgery, 1987, 1988, 1990, 1991, 1993, 1994.

Senior Examiner, American Board of Otolaryngology.  1994 – 2000

Committee on Outcomes Research, American Academy of Otolaryngology - Head & Neck Surgery, 1996 - 1998.

Trustee, American Otologic Society Research Foundation, 1997 – 2003
Secretary-Treasurer, 1997 – 2004

Secretary-Treasurer, Trustees of American Otological Society Research Fund.  1998 - 2000

American Board of Otolaryngology, Otology/Neurotology Subspecialty Exam Committee, 1998 – present

Association for Research in Otolaryngology, Chair, Subcommittee on Media Relations, 1998 – 2000.

Scientific Advisory Board, American Tinnitus Association, 1999 to 2007 (appointed for two terms)

External Reviewer, Department of Otolaryngology - Head and Neck Surgery, University of Texas Medical Branch (Galveston), February 4-5, 2002.

Data and Safety Monitoring Committee (DSMC) for the NIH clinical trial "Sudden Hearing Loss Multicenter Trial" 2004 – 2007

American Board of Neurotology, Senior Examiner, 2003 - 2005

**Regional and State:**

Maryland State Board of Audiology, 1988 – 1994

Board of Directors, Greater Baltimore Medical Center Resident Education Fund, 1991 – 1994; Secretary, Maryland Society of Otolaryngology - Head and Neck Surgery, 1991 - 1992.

Scientific Program Committee, Georgia Otolaryngology - Head & Neck Surgery Society, 1999 to present.

Tobacco Use Prevention Physician Advisory Board, Georgia Department of Human Resources. 2003 – present.

**Institutional:**

Johns Hopkins University, Joint Committee on Clinical Investigation, 1985 - 1990.

Johns Hopkins University, Staff Conference Committee  1986-1988.

Johns Hopkins - Guy's Hospital Exchange Program Advisory Committee, 1991 - 1992.

Advisory Board on Fellows and Professors, Johns Hopkins Applied Physics Laboratory, 1991 - 1993.

University of Maryland, Department of Surgery QA committee, 1993 – 1998

University of Maryland, Graduate Medical Education Committee, 1993 - 1998

University of Maryland, School of Dentistry, Search Committee, Chair of Oral Surgery, 1994

University of Maryland, Medical School Admissions Interview Committee, 1994 - 1998

University of Maryland, Medical School Council, 1995 - 1998

University of Maryland, Grollman Distinguished Professorship Committee, 1995 – 1998.

University of Maryland, Director, Fourth Year Medical Student Surgical Specialty Core Course, 1996 - 1998.

Executive Committee of the School of Medicine Council, Clinical Faculty Representative, 1997 - 1998.

University of Maryland Department of Medicine Residency Internal Review Committee, 1997

Teaching and Education Strategic Planning Steering Committee, Emory University School of Medicine, 1998

Emory Clinic Committee on Organizational Structure, Co-chair, 1998 – 2001

Winship Cancer Center Design Group, 1998 – 2000

Emory School of Medicine LCME Accreditation Self Study Task Force, Clinical Departments (Group 2), Chair, 2001

Emory School of Medicine Residency Core Curriculum Committee, 1999 – present.

Section Chief, Department of Otolaryngology - Head and Neck Surgery, Egleston Children's Hospital, 2000 – present.

CME Finance Committee, EUSM, 2003 – present

Clifton Casualty Board of Directors, 2001 – 2004

Chair, Dermatology Chair Search committee, 2007/08

**Editorships and Editorial Boards:**

Guest Editor:  Otolaryngologic Clinics of North America:  "The Ethmoid Sinus," August 1985.

New Book Editor:  Otolaryngology-Head and Neck Surgery, 1981-1990.

Editorial Board, Laryngoscope, 1987 - 1990, 1996 - present.

Editorial Board, Otolaryngology - Head and Neck Surgery, 1981 - 1990.

Founding editor and Editor-in-Chief. Skull Base Surgery, Thieme Publishing Company, 1990 - present

Guest Editor:  Otolaryngologic Clinics of North America:  "Clinical Disorders of the Facial Nerve" June 1991.

Guest Editor: J. Josephson, DE Mattox.: Medical Clinics of North America: "Otolaryngology Update",  vol 75(6), 1992

Continuing Medical Education Editor, Archives of Otolaryngology, 2000 – present

Editor, <u>Skull Base Surgery</u>, 1990 – 2000

Editorial Boards

       Laryngoscope, 2000 – present
       Otology-Neurotology, 1999 – present
       Archives of Otolaryngology, 2001 – present
       American Journal of Rhinology, 2003 - present

Medical Advisor, Reader's Digest Medical Breakthroughs, 2003. Reader's Digest Association, Inc. Pleasantville, NY

**Manuscript Reviewer:**

Archives of Otolaryngology - Head & Neck Surgery , 1980 – present
Laryngoscope, 1985-present
Annals of Otolaryngology, 1985 – present
Otolaryngology – Head and Neck Surgery, 1985 – present


**Honors and Awards:**

Phi Beta Kappa, Dartmouth College, 1969

Nominee, Faculty of the Year.  Third Year Medical School Class, 1980.  University of Texas Health Science Center at San Antonio.

AMA Physician Recognition Award, 1979, 1982.

Honor Award, American Academy of Otolaryngology-Head and Neck Surgery, 1983.

Outstanding Teacher and Physician Award, Division of Otolaryngology, UTHSCSA, San Antonio Texas, 1984.

First recipient of the George T. Nager, M.D. Award for Excellence in Teaching in Otolaryngology - Head and Neck Surgery, Johns Hopkins Hospital, 1989.

Resident Award, First Place.  Medders G, Mattox DE, Lyles CA.:  Maryland Otolaryngology-Head and Neck Society,  Effect of Fibrin Glue on Rat Facial Nerve Regeneration.  March 24, 1987.

Certificate of Merit, The Radiological Society of North America, 1988.  Zinreich SJ, Mattox DE, Kennedy DW, Kumar AJ.  for exhibit: 3-D CT for cranial and facial and laryngeal surgery.

Resident Award, First Place. Marks S, Mattox DE, Casero RA.: Maryland Otolaryngology - Head and Neck Society, Effects of DFMO on polyamine metabolism in the inner ear. Baltimore, MD, March 22, 1989.

Triological Society Southern Section Second Place Resident Award, Luzzi F, Liebermann F, Lee DJ, Mattox DE.: Effects of radioactive I-125 seed implants on dorsal rat flaps. Southern Section of Triological, Williamsburg, January 12, 1991.

Edmund Prince Fowler Award of the Triological Society, 1991, for excellence in basic research on candidates Triological Thesis. Mattox DE. Central nervous system changes associated with noise-induced hearing loss: and electron microscopic and freeze-fracture study of the chick nucleus magnocellularis.

Best Doctors, included for the entire decade completed 2002.

Elected Faculty Alpha Omega Alpha Honor Society by Emory University School of Medicine Graduating Class of 2004.

**Society Memberships:**

International Skull Base Society, Founding Member, 1988 - present

North American Skull Base Society, Founding Member, 1988 - present
        Board of Directors, North American Skull Base Society, 1997 - present

Fellow, American Academy of Otolaryngology-Head and Neck Surgery, 1979-present

Fellow, American College of Surgeons, 1979-Present.

Fellow, American Society for Head and Neck Surgery, 1984-Present.

Association for Research in Otolaryngology, 1977-Present.

Society of University Otolaryngologists-Head and Neck Surgeons, 1985 - present.
        Executive Council 1988 - 1991.

University of Maryland Surgical Society, 1993 - present

Fellow, American Academy of Facial Plastic and Reconstructive Surgery, 1983-1989.

San Antonio Society of Ophthalmology and Otolaryngology, 1977-1984.

Southwest Oncology Group, 1980-1984.

Maryland Otolaryngology - Head & Neck Surgery Society, 1984 – 1998
    Secretary-Treasurer , 1991 - 1992
    President, 1992 - 1993.

The Splint Club, University of Maryland Medical Systems, 1994 – 1998

University of Maryland Surgical Society, 1993 – 1998

Fellow, Collegium Oto-Rhino-Laryngologicum Amicitiae Sacrum, 1990 - present
    Program Committee for 2000 meeting, Washington DC

Fellow, American Otologic Society, 1992 – present
    Trustee, American Otologic Society Research Fund, 1997-2004

Fellow, American Otologic, Rhinologic, and Laryngologic (Triologic) Society, 1991 –
present.

Member, Georgia Society for Otolaryngology – Head & Neck Surgery
    Treasurer, 2003-4
    Secretary, 2004-5
    Vice-President, 2005-6
    President, 2006-7

Member, Metro Atlanta Educational Society for Otolaryngology – Head & Neck Surgery
    Treasurer, 2003-4
    Secretary, 2004-5
    Vice-President, 2005-6
    President, 2006-7

**Organization of National and International Conferences:**

**Administrative Positions:**

Holt GR, Mattox DE, Co-Directors:  First Annual Maxillofacial Trauma
Workshop.  November 10-12, 1979, San Antonio, Texas.

Holt GR, Mattox DE, Co-Directors:  Second Annual Maxillofacial Trauma
Workshop.  November 7-9, 1980, San Antonio, Texas.

Holt GR, Mattox DE, Co-Directors:  Third Maxillofacial Trauma Workshop.
November 5-7, 1982, San Antonio, Texas.

Holt GR, Mattox DE:  Co-Directors:  Fourth Annual Maxillofacial Trauma
Workshop.  November 3-5, 1983, San Antonio, Texas.

Mattox DE, Director, Crowe Symposium - New Perspectives in Hearing Science and Rehabilitation, October 2-3, 1986. Baltimore, Maryland.

Zinreich SJ, Mattox DE, Kennedy DW.: Head and Neck Surgery and Imaging, Snowmass, March 22-25, 1992.

Mattox DE. Co-Director. Interactive Otolaryngology, Neurosurgery and Imaging. Snowmass, April 13 - 17, 1994

Mattox DE. Program Director. Joint Neurosurgery - Otolaryngology Congress on Minimally Invasive Surgery. Pittsburgh, June 18 - 21, 1995

**National Continuing Medical Education Courses:**

Mattox DE, Holt GR: Pharmacopea Otolaryngologica. American Academy of Otolaryngology - One Hour Course. September 29 - October 2, 1980, Anaheim, California.

Mattox DE, Holt GR: Pharmacopea Otolaryngologica. American Academy of Otolaryngology-Head and Neck Surgery - One Hour Course. September 20-24, 1981, New Orleans, Louisiana.

Mattox DE, Holt GR: Pharmacopea Otolaryngologica. American Academy of Otolaryngology-Head and Neck Surgery - One Hour Course. October 17-21, 1982, New Orleans, Louisiana.

Mattox DE, Johns ME: The Soft Agar Cloning Assay in Head and Neck Cancer. American Academy of Otolaryngology-Head and Neck Surgery. One Hour Course. October 17-21, 1982. New Orleans, Louisiana.

Mattox DE, Holt GR: Pharmacopea Otolaryngologica. American Academy of Otolaryngology-Head and Neck Surgery. One Hour Course. September 23-27, 1983.

Holt GR, Mabry R, Mattox DE: Medical Management of Common Ear, Nose, and Throat Disorders. Two Hour Course. American Academy of Otolaryngology -Head and Neck Surgery, October 19-24, 1985, Atlanta, Georgia.

Holt GR, Mabry R, Mattox DE: Drug Therapy of Common Otorhinolaryngologic Disorders. Two Hour Course. American Academy of Otolaryngology-Head and Neck Surgery. September 15, 1986. San Antonio, Texas.

Mattox DE. Endoscopic Management of CSF Leaks. One Hour Course, American Academy of Otolaryngology - Head and Neck Surgery, Kansas City, September 22, 1991.

Mattox DE.  Endoscopic Management of CSF Leaks.  One Hour Course, American Academy of Otolaryngology - Head and Neck Surgery, Washington, D.C., September 14, 1992.

Mattox DE.  Endoscopic Management of CSF Leaks.  One Hour Course, American Academy of Otolaryngology - Head and Neck Surgery, San Diego, September 14, 1994.

Mattox DE.  Endoscopic Management of CSF Leaks.  One Hour Course, American Academy of Otolaryngology - Head and Neck Surgery, New Orleans, LA, September 19, 1995.

Mattox DE.  Endoscopic Management of CSF Leaks.  One Hour Course, American Academy of Otolaryngology - Head and Neck Surgery, Washington DC, September 23, 1996.

Mattox DE.  Endoscopic Management of CSF Leaks.  One Hour Course, American Academy of Otolaryngology - Head and Neck Surgery, San Francisco, CA, September 8, 1997

Mattox DE.  Endoscopic Management of CSF Leaks.  One Hour Course, American Academy of Otolaryngology - Head and Neck Surgery, San Antonio, TX, September 13, 1998.

Kingdom T, Mattox DE, Co-directors.  Otolaryngology - Head and Neck Surgery for Primary Care physicians.  April 21, 2001, Atlanta GA.

DelGaudio J, Mattox DE,  Co-directors.  Otolaryngology - Head and Neck Surgery for Primary Care physicians.  April 20, 2002, Atlanta GA.

Mattox DE. Wackym PA. Stereotactic Radiosurgery for Acoustic Neuroma. One Hour Course, American Academy of Otolaryngology - Head & Neck Surgery, Toronto, September 19, 2006

## Research Focus:

My research focus is in area of hearing and the vestibular system. My basic science research has been a histological evaluation of peripheral auditory damage after ototoxic and high intensity noise exposure.  More recently the interest has turned to tinnitus generation and treatment methods, as well as other clinical issues including sudden hearing loss and Meniere's disease.  Specific preparation for basic science investigation has included:

Guest Worker, Laboratory of Neuro-Otolaryngology, NINCDS, Doctor Jorgen Fex. October 20 - December 20, 1980.

Summer Neurobiology Course, Marine Biologic Laboratory, Woods Hole, Massachusetts. June 14 - August 26, 1981.

**Patents:**

Mattox DE, Zinreich J, Zinreich E.  Stripable surgical drain.  Issued 1997

**Grant Support:**

**Previous Support:**

DE Mattox, PI: Permeability kinetics of the tympanic and round window membranes.  Alcon Corporation, $102,000, 1-1-2001 to 6-30-2002.

DE Mattox, PI  Permeability kinetics of the round window membrane.  American Otologic Society Research Fund, $ 40,000 direct costs.   7-1-02 to 6-30-03

Mattox DE:  Study Coordinator, Southwest Oncology Group #8030.  DHAD in Head and Neck Cancer.  Southwest Oncology Group.  (Completed 1984).

Mattox DE, Alberts D, Myskens F:  13-Cis-retinoic Acid in Advanced Head and Neck Cancer.  DE Mattox, Co-Principal Investigator.  Sponsored by Hoffman LaRoche.  (Completed 1984).

Mattox DE, Von Hoff DD:  A Phase II Study of Intralesionally Administered Interferon in Advanced Squamous Cell Carcinoma of the head and Neck.  Supported by Schering Corporation.  (Completed 1984).

National Institute of Health Grant, $12,000, 1979-1981.  "Freeze Fracture Study of Degeneration in the AVCN", J. T. Hansen, Principal Investigator; D. E. Mattox, Co-Investigator.

Deafness Research Foundation Grant, $10,000/year, 1980-1983.  "Effect of Sound Deprivation on the Cochlear Nucleus", D. E. Mattox, Principal-Investigator.

Medical Oncology Program Project, 1982-1984, Department of Medicine, University of Texas Health Science Center of San Antonio - Therapeutic Research, Ca (30195), D. E. Mattox, Co-Investigator.

V. A. Merit Review Grant $35,000/year, 1983.  "Cochlear Distortion Product as a Measure of Noise Induced Hearing Loss".  D. E. Mattox, Principal-Investigator.

Teacher-Investigator Development Award, $45,000/year, 1980-1984. "The Effect of Auditory Activity on the Anterior Ventral Cochlear Nucleus". D. E. Mattox, Principal-Investigator.

Teacher-Investigator Development Award, $90,031, 1985-1987 (Competitive renewal for transfer to Johns Hopkins University) "The Effect of Auditory Activity on the Anterior Ventral Cochlear Nucleus". D.E. Mattox, Principal-Investigator.

Clinical Research Unit, Johns Hopkins Hospital, 1986, "Hearing Loss in Sjogren's Syndrome" $5,000.

Effect of DFMO on Hearing, Merrill Dow, 1987, $5,000.

NIDCD Research and Training Center Grant (M. B. Sachs PI), 1990 - 1993, Project 5: Hearing loss from polyamine synthesis inhibition. D. E. Mattox Investigator, direct costs $279,326 (over 3 yrs).

**Clinical Service Contributions:**

My clinical service has been to build an active clinical practice in each of the hospitals I have had the opportunity to work. Specifically I was the first physician to perform cochlear implantation at Johns Hopkins and developed that program until I left in 1994.

**Formal Teaching:**

**Medical Student Teaching:**

I have given sporadic lectures each year to beginning medical students, usually as clinical correlations of head and neck anatomy.

**Graduate Program:**

**Residency Programs:**

My entire career has been devoted to the teaching of residents and I have been the director of the residency program at each institution I have attended.

**Lectureships and Visiting Professorships:**

Visiting Professor, Guy's Hospital, Guy's - Hopkins Exchange. May 15 - June 15, 1991.

Visiting Professor, Manhattan Eye, Ear and Throat Hospital, March 19 - 20, 1992.

Visiting Professor, Sloan-Kettering Memorial Hospital, March 19, 1992.

Visiting Professor, El-Maghreby Hospital, Jeddah, Saudi Arabia, November 22 - 30, 1992.

Visiting Professor, Singapore General Hospital, Singapore,  October 25 - November 9, 1993

Mattox DE.  Emmanuel A. Schimunek, M.D. Memorial Lecture, "Evaluation of Dizziness" Medical and Chirurgical Meeting, Hagerstown, MD, May 13, 1994.

Visiting Professor and Segal Memorial Lecture on Temporal Bone Pathology. University of Pennsylvania Department of Otolaryngology Head & Neck Surgery.  October 12-13, 1994.

University of Virginia, Charlottesville, Smith Kline Beecham Visiting Professor, November 17 - 18, 1994.

Visiting Professor, Singapore General Hospital, Singapore, October 1 – 15, 1993

Invited Faculty, Cranial Nerve Dysfunction: Contemporary assessment, surgical therapy and rehabilitation.  Duke University Medical Center, November 3 - 4, 1995.

Visiting Professor, Singapore General Hospital, Singapore.  December 11 – 18, 1997.

Invited Lecture, Surgery of the Lateral Skull Base, Annual Meeting of the Slovakian Otolaryngology Society, Bratislava, Slovakia, March 18, 1999.

Invited Lectures, Georgia Otolaryngology - Head & Neck Surgery Society, Amelia Island, FL, July 23-25, 1999.
  Benign Positional Vertigo: Diagnosis and Treatment
  Endoscopic-assisted Otology and Neurotology
  Tinnitus Management with Tinnitus Retraining Therapy

Invited Lecture, Endoscopic-assisted otology and neurotology. University of Montreal, Resident Research Day, Montreal, Canada, April 28, 2002.

Visiting Professor, Department of Otolaryngology - Head and Neck Surgery, Medical College of Georgia, December 3, 2002.

Guest of Honor, 19th Annual Bolivian Society of Otolaryngology, Sucre, Bolivia, October 6 – 7, 2005 (First North American to attend meeting).

Visiting Professor, Department of Otolaryngology, Chinese PLA Hospital and PLA Otolaryngological Institute, Beijing, China, October 13, 2005.

Invited Lecturer, Chinese Otolaryngological Society Annual Meeting, Wuan, China, October 17, 2005.

Visiting Professor, Department of Otolaryngology, Eye and ENT Hospital of Fudan University, Shanghai, China, October 23, 2005.

DeWeese Lecturer, Department of Department of Otolaryngology - Head & Neck Surgery, University of Oregon and Oregon Otolaryngology Society Annual Meeting, Portland, November 11, 2005

Invited Guest Lecturer, 29th Annual Congress of the Argentine Otolaryngology Society. Buenos Aires, August 17-19, 2006

Invited Guest Lecturer  29th Annual Congress of the Egyptian Otolaryngology Society. Alexandria, April 14, 2007

Invited Guest Lecturer, Suez University School of Medicine, Ismailia, Egypt. April 12, 2007

Invited Guest Lecturer, 57th National Congress of the Mexican Society of Otorhinolaryngology. Chihuahua, Mexico, April 30 – May 1, 2007.

**Formal Presentations:**

Mattox DE, Simmons FB:  Sudden Hearing Loss.  American Audiologic Society, Los Vegas, Nevada, October 4, 1976.

Simmons FB, Mattox DE:  Vertigo and Sudden Hearing Loss.  ENG Study Group of Los Angeles, California, October 8, 1976.

Simmons FB, Mattox DE:  The Natural History of Sudden Hearing Loss.  American Otologic Society, Boston, Massachusetts, May 4, 1977.

Mattox DE:  ENT Problems in Athletics.  Fifth Annual Symposium on Sports Medicine, Austin, Texas, April 1-2, 1978.

Mattox DE:  Panel on Oral Cavity Cancer.  Texas Medical Association, May 11-14, 1978.

Mattox DE:  Sinusitis in Children.  Symposium on Pediatric and Allergic Aspects of Otolaryngology, San Antonio, Texas, June 2, 1978.

Mattox DE:  Complications of Radical Neck Dissection.  Soft Tissue Workshop (AAFPRS), Dallas, Texas, September 14-16, 1978.

Cortez E, Mattox DE, Holt GR, Gates GA:  Unilateral Tonsillar Hypertrophy.  American Academy of Otolaryngology, Los Vegas, Nevada, September, 1978.

Mattox DE:  Evaluation and Management of Sudden Hearing Loss.  Society of Air Force Surgeons, San Antonio, Texas, April 24-27, 1979.

Mattox DE, Gates GA:  Pharyngopalatoplasty for Nasopharyngeal Stenosis.  Third International Symposium on Plastic and Reconstructive Surgery of the Head and Neck, New Orleans, Louisiana, April 29 - May 4, 1979.

Mattox DE:  Surgical Anatomy of the Larynx.  Post Graduate Seminar of Cancer of the Larynx, Galveston, Texas, June 7-8, 1979.

Mattox DE:  Panel:  Results, Problems and Pitfalls in Management of Cancer of Larynx. Galveston, Texas, June 7-8, 1979.

Mattox DE:  Microvascular Anastomosis:  A Scanning Electron Microscopic Study. American Academy of Otolaryngology, Dallas, Texas, October 7-11, 1979.

Mattox DE:  Skin, Mucosal and Dermal Grafts.  Soft Tissue Course, Dallas, Texas, October 12, 1979.

Gulley RL, Mattox DE:  The Effect of Sound Deprivation on Synapses of the Cochlear Nucleus of the Adult Guinea Pig.  Society for Neurosciences 9th Annual Meeting, Atlanta, Georgia, November 3-6, 1979.

Mattox DE:  LeForte Fractures.  First Annual Maxillofacial Trauma Workshop.  San Antonio, Texas, November 10-12, 1979.

Gulley RL, Mattox DE:  The Effect of Sound Deprivation on Synapses of the Cochlear Nucleus of the Adult Guinea Pig.  Basil O'Conner Symposium, National Foundation for March of Dimes, Miami, Florida, November 12-14, 1979.

Mattox DE, Von Hoff DD:  Stem Cell Assay in Head and Neck Cancer.  Second Annual Tumor Cloning Conference, Tucson, Arizona, January 4-6, 1980.

Mattox DE, Von Hoff DD:  In Vitro Culture of Human Head and Neck Cancer Stem Cells. Association for Research in Otolaryngology, St. Petersburg, Florida, January 21-23, 1980.

Mattox DE, Von Hoff DD:  Culture of Human Head and Neck Cancer Stem Cells in Soft Agar.  American Society of Head and Neck Surgery, Palm Beach, Florida, April 16, 1980.

Mattox DE, Von Hoff DD:  In Vitro Stem Cell Assay in Head and Neck Squamous Carcinoma.  Society of Head and Neck Surgeons, San Francisco, California, May 16, 1980.

Mattox DE, Holt GH, (Guest Faculty):  Office ENT Diagnosis and Management.  Allergy Immunology for the Practitioner.  Second Annual Conference, San Antonio, Texas, June 13-15, 1980.

Mattox DE, Von Hoff DD:  In Vitro Culture of Human Head and Neck Cancer Stem Cells. American Society for Head and Neck Surgeons, 22:5-6, 1980.

Mullen BM, Mattox DE, Von Hoff DD, Hearne EH:  The Effect of Preoperative Adriamycin and Dihydroxyanthracenedione on Wound Healing.  Southern Section of Triologic Society.  Fort Worth, Texas, January 17, 1981.

Schramm VL Jr, Mattox DE, Stool SE:  Acute Management of Laser-Ignited Intratracheal Explosion.  Southern Section of Triologic Society.  Forth Worth, Texas, January 17, 1981.

Mowry J, Mattox DE, Holt GR, Gates GA:  Chronic Mastoid Disease in a Mexican-American Population.  The Annual Meeting of the American Academy of Otolaryngology-Head and Neck Surgery, New Orleans, Louisiana, September 21-25, 1982.

Mattox DE:  Pharmacopea Otolaryngologica.  Peninsula ENT Society, Palo Alto, California, January 12, 1982.

Mattox DE:  Experience with Soft Agar Cloning of the Head and Neck Cancer Cells. Association for Research in Otolaryngology.  St. Petersburg, Florida, January 21, 1982.

Tinsley PP, Mattox DE, Von Hoff DD:  Initial Treatment of Advanced Head and Neck Cancer with Cis-platinum.  South Texas Chapter of American College of Surgeons, Houston, Texas, January 30, 1982.

Mattox DE:  Evaluation of Neck Masses.  Clinical Topics in Medicine.  The University of Texas Health Science Center at San Antonio Teleconference Network of Texas, March, 25, 1982.

Mattox DE, Johns ME:  Tumor Cell Cloning.  State-of-the-Art Workshop, The First National Conference on Research Goals and Methods in Otolaryngology, Bethesda, Maryland, April 15-17, 1982.

Mattox DE, (Moderator):  The Evaluation and Treatment of Unilateral Sensory-neural Hearing Loss.  Texas Medical Association Section on Otolaryngology Meeting, San Antonio, Texas, May 8, 1982.

Mattox DE, Boyer A, Von Hoff DD, Pomeroy T:  Tissue Culture Studies of a Cytotoxic Photo-Therapy Using Hematoporphyrin.  Annual Cancer Therapy and Research Center Symposium, San Antonio, Texas, June 19, 1982.

Tinsley PP, Mattox DE, Levine R, Laursen GP:  Acute Traumatic Arteriovenous Fistula after Massive Facial Trauma.  The Annual Meeting of the American Academy of Otolaryngology-Head and Neck Surgery, New Orleans, Louisiana, October 17-21, 1982.

Standefer JA, Mattox DE, Gates GA: Midfacial Burkitt's Lymphoma. The Annual Meeting of the American Academy of Otolaryngology-Head and Neck Surgery, New Orleans, Louisiana, October 17-21, 1982.

Mattox DE, Sternson LA, Von Hoff DD, Kuhn JG, Repta AJ: Intratumor Cisplatin Levels in Head and Neck Cancer. The Annual Meeting of the American Academy of Otolaryngology-Head and Neck Surgery, New Orleans, Louisiana, October 17-21, 1982.

Mattox DE: Bone Healing. Third Maxillofacial Trauma Workshop. The University of Texas Health Science Center, San Antonio, Texas, November 5-7, 1982.

Mattox DE: Tripod and Zygomatic Arch Fractures. Third Maxillofacial Trauma Workshop, The University of Texas Health Science Center, San Antonio, Texas, November 5-7, 1982.

Mattox DE: Panel on Mid and Upper Facial Fractures. Third Maxillofacial Trauma Workshop, The University of Texas Health Science Center, San Antonio, Texas, November 5-7, 1982.

Mattox DE, Olmos DR, Rubel EW: Postsynaptic Membranes in Normal and Deafferented Chick Nucleus Magnocellularis. Sixth Midwinter Research Meeting, Association for Research in Otolaryngology, St. Petersburg Beach, Florida, January 23-27, 1983.

Mattox DE: Use, Misuse and Safety of Laser Surgery. Symposium on Laryngeal Medicine and Surgery. The University of Texas Southwestern Medical School, Dallas, Texas, February 4-5, 1983.

Mattox DE: Closed Circuit video of Surgical Laser for Laryngeal Papillomas. Symposium on Laryngeal Medicine and Surgery. The University of Texas Southwestern Medical School, Dallas, Texas, February 4-5, 1983.

Mattox DE, Von Hoff DD, Harris LL: Prospective Correlative Trial of the Human Tumor Cloning Assay in Advanced Head and Neck Cancer. American Society for Head and Neck Surgery, Palm Springs, California, March 11, 1983.

Mattox DE: Panel on Chemotherapy. Triological Society Meeting, New Orleans, Louisiana, April 13, 1983.

Teleconference Network of Texas. "Signs, Symptoms and Management of Central and Peripheral Vertigo." The University of Texas Health Science Center at San Antonio, January 13, 1983.

Mattox DE: Uvulopharyngopalatoplasty, "The UPPP." Sleep Disorders, A Workshop for Primary Care Physicians, San Antonio, September 23, 1983.

Mattox DE, Chakeres DW:  Computed Tomographic Evaluation of Non-Metallic Middle Ear Prostheses.  American Academy of Otolaryngology-Head and Neck Surgery, Anaheim, California, October 23-27, 1983.

Mattox DE, Holt GR:  Pharmacopea Otolaryngologica.  The Society of Head and Neck Nurses, Anaheim, California, October 25, 1983.

Mattox DE:  Principals of Bone Healing.  Fourth Annual Maxillofacial Trauma Course, The University of Texas Health Science Center at San Antonio, Texas, November 3-4, 1983.

Mattox DE:  Panel on Mandibular Fractures.  Fourth Annual Maxillofacial Trauma Course, The University of Texas Health Science Center at San Antonio, Texas, November 3-4, 1983.

Mattox DE:  Evaluation of the Dizzy Patient.  San Antonio Association of Family Practitioners, San Antonio, Texas, January 24, 1984.

Wiederhold ML, Mattox DE, Olmos DR:  Recovery of Auditory Evoked Responses after High Intensity Noise Exposure in the Chick.  Seventh Midwinter Research Meeting of the Association for Research in Otolaryngology, February, 1984.

Mattox DE:  Adjunctive Chemotherapy in Head and Neck Cancer.  San Antonio Society of Ophthalmology and Otolaryngology, San Antonio, Texas, February 25, 1984.

Mattox DE, Von Hoff DD, McGuire WL:  Androgen Receptors and Anti-Androgen Therapy for Laryngeal Carcinoma.  American Society of Head and Neck Surgery, May 10, 1984.

Mattox DE:  Soft Agar Clonogenic Assay:  Theoretical Considerations and Status in Head and Neck Cancer.  International Conference on Head and Neck Cancer, Baltimore, Maryland, July 22-27, 1984.

Mattox DE:  Role of Node Dissection.  Symposium of Facial Skin Malignancies, San Antonio, Texas, April 19-21, 1984.

Mattox DE:  Panel Moderator.  Reconstruction of the Aerodigestive Tract.  Combined Otolaryngological Spring Meetings:  American Academy of Facial Plastic and Reconstructive Surgery, May 12, 1984.

Mattox DE, Fisch U:  Surgical Correction of Congenital Atresia of the Ear.  American Academy of Otolaryngology-Head and Neck Surgery.  October 19-24, 1985, Atlanta, Georgia.

Fisch U, Mattox DE:  The combined TORP prosthesis.  Politzer Society Meeting.  Vienna, October 1985.

Wiederhold, ML, Mattox DE, Olmos DR, Mahoney JW.  Recovery of auditory function after exposure to high-intensity noise in chicks.  XXI Workshop on Inner Ear Biology, Taormina, Italy, September 16-19, 1984.

Mattox DE, Fisch U:  Surgical management of congenital aural atresia, American Academy of Otolaryngology-Head and Neck Surgery, Atlanta Georgia, October 1985.

Mattox DE, Fisch U.  Surgical Correction of Congenital atresia of the external auditory ear canal.  American Academy of Otolaryngology-Head and Neck Surgery, Atlanta, Georgia, October 1985.

Mattox DE, Felix H, Fisch U:  Effect of peripheral branch ligation on facial nerve regeneration, American Neurotology Society, Apr 27, 1987.  Denver.

Mattox DE.  The Fisch Approach.  Skull Base Tumors, Baltimore, Maryland, February, 1986.

Mattox DE.  Skull Base Approaches useful in aneurysm surgery.  Skull Base Tumors, Baltimore, Maryland, February, 1986.

Mattox DE, Stapes Surgery.  Surgical Grand Rounds Johns Hopkins Hospital, Baltimore, Maryland, April 12, 1986.

Mattox DE, Auto-immune Hearing Loss.  Grand Rounds, Greater Baltimore Medical Center, Baltimore, Maryland, April 4, 1986.

Mattox DE, Effect of ligating Peripheral Branches on Facial Nerve Regeneration.  Second Stanford Alumni Day, Stanford California, June 25-28, 1986.

Mattox DE, Complications of Sinusitis, Endoscopic Sinus Surgery Course.  Johns Hopkins Hospital, Baltimore, Maryland, July 11-13, 1986.

Mattox DE, Duncan DD, Measurement of Ossicular Movement with a Laser Interferometer, Crowe Symposium, October 2, 1986, Baltimore, Maryland.

Mattox DE, Auto-Immune Hearing Loss, Crowe Symposium, October 3, 1986, Baltimore, Maryland.

Wilkins, SA, Mattox DE, Lyles CA, Evaluation of a "Shotgun" Regimen for Sudden Hearing Loss American Academy of Otolaryngology, San Antonio, Texas, September 16, 1986.

Mattox DE.  Nasal Endoscopy.  Eastern Allergy Conference,  April 1, 1987, Bermuda.

Mattox DE. Felix H. Fisch U.  Effect of Peripheral Ligation on Facial Nerve Regeneration. American Neurotology Society Denver, April 24, 1987

Mattox D.E., Central Effects of ototoxicity and noise reduced hearing loss, at Noise Induced Injury and Ototoxicology:  An Update.  October 26-27, 1987.  Baltimore, Maryland

Mattox DE, Microvascular Free Flaps in Head and Neck Reconstruction Maryland Society Otolaryngology.  November 17, 1987, Baltimore, Maryland.

Mattox DE, Newborn Hearing Screening. Central Maryland Rehabilitation Conference, January 10, 1988, Baltimore, Maryland.

Mattox DE, CB Fisher, JS Zinreich, AE Rosenbaum.  Patency of the Internal Jugular Vein After Modified Neck Dissection.  January 15, 1988, Birmingham, Alabama.

Mattox DE. Sudden Hearing Loss.  Eighth Shambaugh/Shea Workshop, Chicago, March 4, 1988.

Jansen, CJ, Mattox, DE, Miller, KD, Brownell WE,  An Animal Model of Hearing loss From A-Difluoromethylornithine (DFMO), Abstracts of the Eleventh Midwinter Research Meeting, Association for Research in Otolaryngology, Clearwater Beach, Florida, January 31 - February 4, 1988.

Mattox DE.  Management of the facial nerve in malignant tumors of the temporal bone. Sixth International Symposium in Neurological Surgery of the Ear and Skull Base.  May 28 - June 2, 1988.  Zurich

Myers J, Kuhn J, Von Hoff DD, Mattox DE, Messerschmidt G, Clark G, Jerzec K, Ozols R:  High-dose cisplatinum in locally advanced and metastatic head and neck cancer. ASCO, May 19-21, 1985, Houston, Texas.

Mattox DE, Endoscopic Nasal-Ethmoid Surgery, Society of Otolaryngology and Head and Neck Nurses, San Antonio, Texas, September 17, 1986.

Wilkins S, Mattox DE, Lyles CA:  Evaluation of a "Shotgun" Regimen for Sudden Hearing Loss.  American Academy of Otolaryngology-Head and Neck Surgery, San Antonio, Texas, September 14, 1986.

Mattox DE.  Management of the facial nerve in malignant tumors of the temporal bone. Sixth International Symposium on Neurological Surgery of the Ear and Skull Base. Zurich, Switzerland, May 28 - June 2, 1988.

Mattox DE.  Management of the facial nerve in temporal bone tumors. Second International Conference on Head and Neck Cancer. Boston, Mass. July 31 - Aug 5, 1988.

Mattox DE.  The facial nerve.  AFIP Resident Review Course.  Apr. 18, 1989, Bethesda, Md.

Mattox DE.  Acoustic neuromas: The Hopkins Experience.  American College of Surgeons Southwestern Pennsylvania Chapter.  Apr. 26, 1989, Pittsburgh, Pa.

Mattox DE.  Moderator, Panel on Skull Base Surgery.  American College of Surgeons Southwestern Pennsylvania Chapter.  Apr. 26, 1989, Pittsburgh, Pa.

Mattox DE, Kennedy DW.  Endoscopic management of CSF leaks and cephaloceles. Triological Association. Palm Beach, May, 1990.

Mattox DE.  Surgically implantable hearing aids and hearing devices -the present and the future.  Alexander Graham Bell Association for the Deaf.  Medical Symposium, Washington, DC.  July 25, 1990.

Mattox DE.  Endoscopic management of cerebrospinal fluid leaks.  25th Anniversary of Greater Baltimore Medical Center: The Implications of New Technology, Baltimore,  Sept. 26, 1990

Hinckley D, Lyles A, Mattox DE.  Repair of peripheral nerves of unequal diameters. Southern Section of Triologic, Williamsburg, January 12, 1991.

Luzzi FA, Lee DJ, Mattox DE.  Effects of radioactive I-125 seed implants on dorsal rat flaps.  Southern Section of Triologic, Williamsburg, January 12, 1991.

Mattox DE.  Endoscopic management of CSF leaks.  Grand Rounds: Department of Otolaryngology - Head and Neck Surgery, Georgetown University.  February 7, 1991.

Mattox DE.  Endoscopic management of CSF leaks.  Symposium on Advanced Concepts in Endoscopic Sinus Surgery, Salt Lake City, February 8, 1991.

Mattox DE.  Fungal Sinusitis.  Symposium on Advanced Concepts in Endoscopic Sinus Surgery, Salt Lake City, February 8, 1991.

Zinreich SJ, Mattox DE, Long DM, Abdo R, Bryan N.: Three-dimensional computer-oriented sensor for base of skull surgery.  Second Annual Meeting of the North American Skull Base Society, Orlando, February 27-March 3, 1991.

Mattox DE, Carson BS.  The transpalatal approach to the sella in children.  Second Annual Meeting of the North American Skull Base Society, Orlando, February 27-March 3, 1991.

Moskwitz N, Holliday M, Mattox DE, Long DM.: Historical review of a century of surgery for acoustic neurinoma.  Second Annual Meeting of the North American Skull Base Society, Orlando, February 27-March 3, 1991.

Mattox DE.  Workshop on Writing Applications: Third National Conference on Research Goals and Methods.  AAO-HNS.  March 9, 1991.

Mattox DE.  Central nervous system changes associated with noise-induced hearing loss: An electron microscopic and freeze-fracture study of the chick nucleus magnocellularis (Triological Thesis).  Hawaii, May 5-7, 1991.

Mattox DE.  Free flap reconstruction for anterior cranial base and orbital defects. Charlottesville Skull Base Meeting, Charlottesville, Apr 29 - May 4, 1991

Mattox DE, Wozniak J.  Sutureless vascular anastomosis with biocompatible heat-shrink tubing.  American Society for Head and Neck Surgery, Hawaii, May 6 - 9, 1991.

Mattox DE.  Discussant, American Society for Head and Neck Surgery, Hawaii, May 9, 1991.

Mattox DE.  Endoscopic management of CSF leaks.  Grand Rounds Guy's Hospital, June 13, 1991.

Mattox DE.  The lateral skull base approach.  VII British Academic Otolaryngology Conference, Dublin, July 28 - Aug 3, 1991.

Long DM, Mattox DE, Holliday MJ.  Cranial nerve preservation with acoustic tumor surgery.  First International Conference on Acoustic Neuroma, Copenhagen, Denmark, August 25-29, 1991.

Long DM, Zinreich JS, Mattox DE, Holliday MJ, Miller NR.  Real time computer assisted three dimensional CT localization for tumors of the skull base.  First International Conference on Acoustic Neuroma, Copenhagen, Denmark, August 25-29, 1991.

Mattox DE.:  Infratemporal Approach (Lecture and live video cadaver dissection).  Practical Anatomy and Surgical Techniques Workshop. St. Louis University, November 9, 1991.

Loury MC, Zinreich SJ, Mattox DE, Cummings CW.:  Intraoperative use of an interactional 3-dimensional imaging system.  Southern Section of Triological Society, January 16, 1992.

Mattox DE.:  Endoscopic repair of anterior fossa CSF leaks.  Advanced concepts in endoscopic sinus surgery.  Salt Lake City, Jan 16 - 18, 1992.

Mattox DE.:  Management of severe polypoid sinusitis.  Advanced concepts in endoscopic sinus surgery.  Salt Lake City, Jan 16 - 18, 1992.

Mattox DE.:  Fungal Sinusitis.  Advanced concepts in endoscopic sinus surgery. Salt Lake City, Jan 16 - 18, 1992.

Mattox DE.: Endoscopic repair of anterior fossa CSF leaks. Endoscopic Sinus Surgery Course. Johns Hopkins Hospital, Baltimore, MD, Jan 31, 1992.

Mattox DE.: Optimal techniques for nerve repair. Presidential Symposium, Fifteenth Association for Research in Otolaryngology meeting. St. Petersburg, Fl. Feb. 2 - 6, 1992.

Mattox DE.: Lateral Approaches to the Skull Base. Memorial Sloan-Kettering Cancer Center, New York, March 19, 1992.

Mattox DE.: Lateral Approaches to the Skull Base. Manhattan Eye, Ear and Throat Hospital, Temporal Bone Dissection Course., New York, March 19, 1992.

Mattox DE.: Facial Nerve Electrophysiologic Tests and Management Principles. Manhattan Eye, Ear and Throat Hospital, Temporal Bone Dissection Course. March 20, 1992.

Herdman SJ, Tusa RJ, Mattox DE, Zee DS, Proctor L. Comparison of two 'single' treatment approaches for benign paroxysmal vertigo (BPPV), Barany Society, 1992

Mattox DE. Clinical approach to the temporal bone. Head & Neck Surgery and Imaging, Snowmass, March 22-25, 1992

Mattox DE. Skull Base Neoplasms – Surgical problems and solutions. Head & Neck Surgery and Imaging, Snowmass, March 22-25, 1992

Mattox DE. Cohen E. Histology and ultrastructure of explanted endolymphatic shunts. American Otologic Society. Palm Desert, CA, April 13, 1992.

Mattox DE. Idiopathic sudden sensorineural hearing loss. Topics in Clinical Medicine. Baltimore, MD., May 12, 1992.

Mattox DE. Cohen E. Histology and ultrastructure of explanted endolymphatic shunts. Maryland and Washington Societies of Otolaryngology Combined Meeting, Washington, DC. June 29, 1992.

Mattox DE. Facial nerve Decompression. JHH-GBMC Retreat in Otolaryngology - Head & Neck Surgery, Sun Valley, July 26, 1992.

Mattox DE. Endoscopic management of CSF leaks. JHH-GBMC Retreat in Otolaryngology - Head & Neck Surgery, Sun Valley, July 26, 1992.

Mattox DE. Lateral approaches to the skull base. JHH-GBMC Retreat in Otolaryngology - Head & Neck Surgery, Sun Valley, July 26, 1992.

Mattox DE.  Tumors of the infratemporal fossa.  American Neurotology Society. Washington, DC.  September 12, 1992

Mattox DE.  Experimental nerve injury: Clinical implications.  American Acad. Otolaryngology - Head & Neck Surgery, September 17, 1992.

Mattox DE.  Endoscopic management of CSF leaks.  Grand Rounds, Department of Otolaryngology - Head & Neck Surgery, El-Maghreby Hospital.  Jeddah, Saudi Arabia, October 14, 1992.

Mattox DE.  Ossiculoplasty. Grand Rounds, Department of Otolaryngology - Head & Neck Surgery, El-Maghreby Hospital.  Jeddah, Saudi Arabia, October 22, 1992.

Mattox DE. Gates T, Phillips S.  Electron microscopic observations of the Organ of Corti of DFMO treated guinea pigs.  Collegium Oralis, Cairo, Egypt, November 3, 1992.

Mattox DE.  Endoscopic management of CSF leaks.  North Carolina ENT Society, Durham, NC.  November 17, 1992.

Mattox DE.  Surgery for Meniere's disease.  Clinical Management of Vestibular Disorders, Baltimore, MD.  Dec. 2, 1992

Mattox DE.  Use of 3-D localizing wand in skull base surgery.  North American Skull Base Society.  Phoenix, Feb 13, 1993.

Mattox DE.  Surgical anatomy of the skull base.  Interactive Surgery and Imaging of the Paranasal Sinuses, Skull Base, Brain and Spine.  Snowmass, CO, March 14, 1993.

Mattox DE.  Combined approaches to the skull base. Interactive Surgery and of the Paranasal Sinuses, Skull Base, Brain and Spine.  Snowmass, CO, March 14, 1993.

Mattox DE.  Facial nerve injuries.  Royal Society of Medicine and American Academy of Otolaryngology - Head & Neck Surgery Combined Meeting.  Nottingham, England, July 1-3, 1993.

Mattox DE.  Frontiers in skull base surgery.  Singapore General Hospital, Singapore, October 28, 1993.

Mattox DE.  Endoscopic management of CSF leaks and cephaloceles. Singapore General Hospital, Singapore, October 28, 1993.

Mattox DE.  Surgery for vertigo. Singapore General Hospital, Singapore, November 2, 1993.

Mattox DE.  Middle ear endoscopy. Singapore General Hospital, Singapore, November 2, 1993.

Mattox DE.  Facial nerve surgery. Singapore General Hospital, Singapore, November 4, 1993.

Mattox DE.  Combined approaches to the skull base.  Tan Tock Seng Hospital.  November 3, 1993.

Mattox DE.  Acoustic Neuroma Surgery.  First South East Asian Skull Base Conference. November 8, 1993.

Mattox DE.  Lateral approaches to the skull base. First South East Asian Skull Base Conference.  November 8, 1993.

Mattox DE.  Facial nerve rehabilitation. First South East Asian Skull Base Conference. November 8, 1993.

Mattox DE.  Endoscopic management of CSF leaks and cephaloceles. First South East Asian Skull Base Conference.  November 8, 1993.

Mattox DE.  Anterior approaches to the skull base.  University of Maryland Otolaryngology Alumni Association.  Baltimore, MD, November 12, 1993.

Mattox DE.  Endoscopic management of CSF leaks and cephaloceles.  Advanced Endoscopic Surgery Course, Baltimore, MD.  January 8-9, 1994.

Suter JJ, Poret JC, Mattox DE.  Laser interferometry of ear ossicular motion detection. International Symposium on Biomedical Optics '94.  Los Angeles, January 22, 1994.

Mattox DE.  Endoscopic management of CSF leaks and cephaloceles.  North American Skull Base Society.  Orlando, FL, February 20, 1994.

Mattox DE.  Acoustic Neuromas.  Univ. Maryland Experience.  University of Maryland Surgical Society.  Baltimore, MD, May 5, 1994.

Mattox DE.  Emmanuel A. Schimuenk, M.D. Memorial Lecture. "Evaluation of Dizziness". Medical and Chirurgical Meeting.  Hagerstown, MD.  May 13, 1994.

Mattox DE.  Arrowsmith in the Post-Clinton Era.  AOA Medical Student Research Day Key Note Speaker.  Univ. Maryland Medical School.  September 14, 1994.

Mattox DE.  Evaluation of Dizziness.  University of Pennsylvania Dept Otolaryngology - Head & Neck Surgery Grand Rounds.  Philadelphia, PA.  Oct. 13, 1994.

Mattox DE. Benign Positional Vertigo. American College of Physicians. Baltimore, MD December 3, 1994.

Mattox DE. Lateral approaches to the skull base. Surgical Management of the Skull Base. St. Louis, MO, March 26, 1995.

Mattox DE. Endoscopic management of CSF leaks and cephaloceles. Joint Congress on Minimally Invasive Surgery. Pittsburgh. June 22, 1995.

Mattox DE. Endolymphatic shunts: The case against. American Academy of Otolaryngology - Head & Neck Surgery, New Orleans, Sept 18, 1995

Mattox DE. Cranial Nerves: Anatomy and surgical implications. Cranial Nerve Dysfunction. Duke University, November 3-4, 1995.

Mattox DE. Facial Nerve Trauma. Blanchand-Kleiman Lectures. University of Maryland, Baltimore, MD. November 14, 1995.

Mattox DE. Outpatient middle ear endoscopy. First Congress on Minimally Invasive Surgery, Institute for Neurology and Neurosurgery. Mexico City, December 7-9, 1995.

Mattox DE. Endoscopic assisted otology and neurotology. First Congress on Minimally Invasive Surgery, Institute for Neurology and Neurosurgery. Mexico City, December 7-9, 1995

Mattox DE. Management of facial nerve in skull base surgery. First Congress on Minimally Invasive Surgery, Institute for Neurology and Neurosurgery. Mexico City, December 7-9, 1995.

Mattox DE. Endoscopic management of CSF leaks and cephaloceles. First Congress on Minimally Invasive Surgery, Institute for Neurology and Neurosurgery. Mexico City, December 7-9, 1995

Mattox DE. Endoscopic management of CSF leaks and cephaloceles. Advanced Endoscopic Surgery Course. Baltimore, MD, January 27, 1996.

Mattox DE. Diagnosis of unilateral and bilateral vestibular loss. Clinical Management of Vestibular Disorders. Miami, FL., Feb 29 – March 2, 1996.

Mattox DE. Acute and long-term outcome of the surgical management of vertigo. . Clinical Management of Vestibular Disorders. Miami, FL., Feb 29 – March 2, 1996.

Mattox DE. Endoscopic assisted otology and neuro-otology. Minimally invasive neurosurgery, Otolaryngology and Radiology. Snowmass, CO., March 17-21, 1996.

Mattox DE.  Anatomy of the extracranial skull base. Minimally invasive neurosurgery, Otolaryngology and Radiology.  Snowmass, CO., March 17-21, 1996

Mattox DE.  Lateral approaches to the skull base. Minimally invasive neurosurgery, Otolaryngology and Radiology.  Snowmass, CO., March 17-21, 1996

Mattox DE.  Common treatments for tinnitus.  Management of Tinnitus and hyperacusis based on a neurophysiological model.  Baltimore, MD, June 14-16, 1996.

Mattox DE.  Treatment of somatosounds, applicability of surgery and medications. Management of Tinnitus and hyperacusis based on a neurophysiological model.  Baltimore, MD, June 14-16, 1996

Jones RM, Rothman M, Gray WC, Zoarski GH, Mattox DE.  Temporal lobe injury in temporal bone fractures.  Second International Skull Base Congress.  San Diego, CA, June 29 – July 4, 1996.

Mattox DE. Gray W, Jastreboff P.  Tinnitus retraining therapy: The University of Maryland Experience.  American Neurotology Society.  Washington, DC.  September 21, 1996.

Mattox DE.  Endoscopic management of CSF leaks and cephaloceles.  Advanced Endoscopic Surgery Course.  Baltimore, MD, January 25, 1997

Chan Y-M, Dias M, Mattox.  Temporal bone fractures: Review of 627 cases.  American Academy of Otolaryngology - Head & Neck Surgery, San Francisco, CA.  September 8, 1997.

Mattox DE.  Common treatments for tinnitus.  Management of Tinnitus and hyperacusis based on a neurophysiological model.  Columbia, MD, September 28, 1997.

Mattox DE.  Treatment of somatosounds, applicability of surgery and medications. Management of Tinnitus and hyperacusis based on a neurophysiological model. Columbia, MD, September 28, 1997.

Mattox DE.  Endoscopic assisted otology and neurotology.  Surgical Grand Rounds.  Univ. Maryland.  Baltimore, MD, November 22, 1997.

Mattox DE. Mattox DE.  Common treatments for tinnitus.  Management of Tinnitus and hyperacusis based on a neurophysiological model.  First Tinnitus Course, Singapore General Hospital, Singapore, December 14, 1997.

Mattox DE.  Treatment of somatosounds, applicability of surgery and medications. Management of Tinnitus and hyperacusis based on a neurophysiological model. First Tinnitus Course, Singapore General Hospital, Singapore, December 14, 1997.

Mattox DE. Anatomy of the temporal bone. Temporal Bone Dissection Course, Singapore General Hospital, Singapore, December 15, 1997

Mattox DE. Lateral approaches to the skull base. Temporal Bone Dissection Course, Singapore General Hospital, Singapore, December 15, 1997

Mattox DE. Endoscopic management of CSF leaks and cephaloceles. Advanced Endoscopic Surgery Course. Baltimore, MD, January 10, 1998

Mattox DE. Sudden hearing loss. Otology and Neurotology, Manhattan Eye and Ear Hospital, NY, NY, April 4, 1998.

Mattox DE. Management of tinnitus with Tinnitus Retraining Therapy. Otology and Neurotology, Manhattan Eye and Ear Hospital, NY, NY, April 4, 1998.

Mattox DE, Price R, Kalb J. Lou W. Histologic damage of the cochlea after airbag deployment. American Otologic Society. West Palm Beach, FL. May 9, 1998.

Mattox DE. Medical and Surgical Management of Tinnitus. First Course for Tinnitus Retraining Therapy for Management of Tinnitus and Hyperacusis Patients. May 29 – 31, 1998, Oestrich-Winkel, Germany.

Mattox DE. Differential Diagnosis of Somatosounds. First Course for Tinnitus Retraining Therapy for Management of Tinnitus and Hyperacusis Patients. May 29 – 31, 1998, Oestrich-Winkel, Germany.

Mattox DE. Evaluation of Pharmacological Agents in Treatment of Tinnitus. First Course for Tinnitus Retraining Therapy for Management of Tinnitus and Hyperacusis Patients. May 29 – 31, 1998, Oestrich-Winkel, Germany.

Mattox DE. Medical Evaluation of Tinnitus Patients. First Course for Tinnitus Retraining Therapy for Management of Tinnitus and Hyperacusis Patients. May 29 – 31, 1998, Oestrich-Winkel, Germany.

Mattox DE. Mirvis S. Intraoperative portable CT scanning as an adjunct to sinus and skull base surgery. American Academy of Otolaryngology - Head & Neck Surgery Annual Meeting. San Antonio, TX, Sept 15, 1998.

Mattox DE. The ear and otitis media. Community Medicine Grand Rounds, Grady Memorial Hospital, October 27, 1998.

Mattox DE. The ear and hearing. Emory University School of Medicine Mini-Medical School. Atlanta, GA, Nov. 3, 1998.

Wolf JS, Boyev KP, Manokey BJ, Mattox DE.  Success of the modified Epley maneuver in the treatment of benign positional vertigo.  Southern Section, Triological Society, New Orleans, Jan 16, 1999.

Mattox, DE.   Historical treatments used in tinnitus patients. Fifth Course on Tinnitus and Hyperacusis, Atlanta, GA  Jan 16 – 18, 1999

Mattox, DE.  Medical evaluation of the tinnitus patient.  Fifth Course on Tinnitus and Hyperacusis, Atlanta, GA  Jan 16 – 18, 1999

Mattox DE.  Endoscopic-assisted otology and neurotology.  General Surgery Grand Rounds, Emory University School of Medicine, Atlanta, March 4, 1999.

Mattox, DE.   Historical treatments used in tinnitus patients. Course on Tinnitus and Hyperacusis, Frankfurt, Germany, March 15, 1999

Mattox, DE.  Medical evaluation of the tinnitus patient.  Course on Tinnitus and Hyperacusis, Frankfurt, Germany, March 15, 1999

Mattox, DE.   Historical treatments used in tinnitus patients. Course on Tinnitus and Hyperacusis, Bratislava, Slovakia, March 18, 1999

Mattox, DE.  Medical evaluation of the tinnitus patient.  Course on Tinnitus and Hyperacusis, Bratislava, Slovakia, March 18, 1999

Mattox, DE.   Historical treatments used in tinnitus patients. Sixth Course on Tinnitus and Hyperacusis, Atlanta, GA, May 13-15, 1999

Mattox, DE.  Medical evaluation of the tinnitus patient.  Sixth Course on Tinnitus and Hyperacusis, Atlanta, GA, May 13-15, 1999

Mattox, DE.  Endoscopy of the petrous apex.  Otology 2000, Zurich, Switzerland, August 15-18, 1999

Mattox, DE.  Medical evaluation of the tinnitus patient.  Eighth Course on Tinnitus Retraining Therapy for Management of Tinnitus and Hyperacusis, Atlanta, GA April 29 – May 2, 2000.

Dillard DG, Cohen C, DelGaudio J, Gal AA, Mattox DE.   Immunolocalization of erythropoietin and erythropoietin receptors in vestibular schwannoma.  Collegium Otorhinolaryngologicum Amicitiae Sacrum, Washington, DC, August 29, 2000.

Mattox, DE.  Otolaryngology in Primary Care in "Updates in primary care"  Atlanta, December 10, 2000.

Mattox DE.  The ear and hearing.  Emory University School of Medicine Mini-Medical School. Atlanta, GA,  February 2, 2001.

Mattox DE.  Endoscopic management of CSF leaks and cephaloceles.  Advanced Endoscopic Surgery Course.  Atlanta, March 15, 2001.

Mattox DE.  Skull base fractures and the facial nerve.  Facial Trauma: Interdisciplinary Approaches to Complex Facial Injuries, Atlanta, May 19, 2001.

Mattox, DE.  Medical evaluation of the tinnitus patient.  Tenth Course on Tinnitus Retraining Therapy for Management of Tinnitus and Hyperacusis, Atlanta, GA June 3 – 5, 2001.

Mattox, DE.  Medical evaluation of the tinnitus patient.  Eleventh Course on Tinnitus Retraining Therapy for Management of Tinnitus and Hyperacusis, Atlanta, GA November 29 – December 1, 2001.

Mattox, DE.  Medical evaluation of the tinnitus patient.  Twelfth Course on Tinnitus Retraining Therapy for Management of Tinnitus and Hyperacusis, Atlanta, GA May 30-June 1, 2002.

Mattox, DE.  Medical evaluation of the tinnitus patient.  Management of Tinnitus, Cairo, Egypt, August 9, 2002.

Mattox, DE.   Endoscopic-assisted surgery of the petrous apex.  American Academy of Otolaryngology - Head and Neck Surgery, San Diego, Sept 23, 2002

Mattox, DE     Natural history of sudden hearing loss.  Panel on Sudden Hearing Loss and Intra-Tympanic Therapy. .  American Academy of Otolaryngology - Head and Neck Surgery, San Diego, Sept 23, 2002

Mattox, DE.  Medical evaluation of the tinnitus patient.  Thirteenth Course on Tinnitus Retraining Therapy for Management of Tinnitus and Hyperacusis, Atlanta, GA November 19-20, 2002

Mattox DE.  Endoscopic management of CSF leaks and cephaloceles.  Advanced Endoscopic Surgery Course.  Atlanta, March 20-21, 2003.

Mattox DE, Christian DR, Gilbert J, Geopfert G, Edelhauser HF.  Kinetics of round window permeability.  American Otological Society. Nashville, TN.  May 3, 2003.

Mattox DE.  Endoscopic management of CSF leaks and cephaloceles.  International Endoscopic Surgery Course.  Jacksonville, Florida, Sept 20, 2003.

Mattox, DE.  Medical evaluation of the tinnitus patient.  Fourteenth Course on Tinnitus Retraining Therapy for Management of Tinnitus and Hyperacusis, Atlanta, GA, February 3, 2004.

Mattox, DE. Surgical management of hearing loss.  Innovations in ORL Nursing. Atlanta, GA March 20, 2004.

Mattox, DE.  Otitis Media and External Otitis.  Otolaryngology for Primary Care Providers, Atlanta, GA, April 17, 2004.

Mattox, DE.  Sensorineural Hearing Loss.  Otolaryngology for Primary Care Providers, Atlanta, GA, April 17, 2004.

Mattox, DE.  Modified radical mastoidectomy.  Senior Resident Neurotology Course, West Palm Beach, FL, May 17 – 18, 2004.

Mattox, DE.  Endoscopic management of CSF rhinorrhea, Congress on Endoscopic and Otologic Surgery, Centro Médico Docente La Trinidad, Caracas, July 16, 2004

Mattox, DE. Lateral skull base approaches including infratemporal fossa.  Congress on Endoscopic and Otologic Surgery, Centro Médico Docente La Trinidad, Caracas, July 16, 2004

Mattox, DE. Endoscopic assisted middle ear and neurotologic surgery. Congress on Endoscopic and Otologic Surgery, Centro Médico Docente La Trinidad, Caracas, July 16, 2004.

Mattox, DE.  Acoustic Neuroma.  Congress on Endoscopic and Otologic Surgery, Centro Médico Docente La Trinidad, Caracas, July 16, 2004

Mattox, DE.  Surgery vs. stereotactic radiosurgery for acoustic neuroma.  Annual Meeting of the Georgia Otolaryngology - Head & Neck Surgery Society. Amelia Island, Florida, July 23, 2004

Mattox, DE.  Surgery vs. stereotactic radiosurgery for acoustic neuroma.  Annual Meeting of the Bolivian Otolaryngology Society, Sucre, Bolivia, Oct 7, 2005.

Mattox, DE. Endoscopic assisted middle ear and neurotologic surgery. Annual Meeting of the Bolivian Otolaryngology Society, Sucre, Bolivia, Oct 7, 2005.

Mattox, DE.  Surgery vs. stereotactic radiosurgery for acoustic neuroma.  19th Annual Meeting of the Bolivian Otolaryngology Society, Sucre, Bolivia, Oct 7, 2005.

Mattox, DE. Endoscopic assisted middle ear and neurotologic surgery. 19th Annual Meeting of the Bolivian Otolaryngology Society, Sucre, Bolivia, Oct 7, 2005.

Mattox, DE.  Surgery vs. stereotactic radiosurgery for acoustic neuroma.  Grand Rounds, Department of Otolaryngology, Chinese PLA Otolaryngological Institute, Beijing, China, Nov. 13, 2005.

Mattox, DE. Endoscopic assisted middle ear and neurotologic surgery. Grand Rounds, Department of Otolaryngology, Chinese PLA Otolaryngological Institute, Beijing, China, Nov. 13, 2005.

Mattox, DE.  Meniere's disease: Pathophysiology and treatment. 4th Chinese International Skull Base Meeting, Wuan, China, October 17, 2005

Mattox, DE. Endoscopic assisted middle ear and neurotologic surgery.  15th Annual Meeting of the Chinese Society of Otolaryngology, October 18, 2005

Mattox, DE.  Surgery vs. stereotactic radiosurgery for acoustic neuroma.  Grand Rounds, Department of Otolaryngology, Fudan Eye and ENT Hospital, Shanghai, China, Nov. 23, , 2005.

Mattox, DE. Endoscopic assisted middle ear and neurotologic surgery. Grand Rounds, Department of Otolaryngology, Fudan Eye and ENT Hospital, Shanghai, China, Nov. 23, , 2005.

Mattox DE. Surgery and stereotactic radiosurgery of management of acoustic neuroma. 29th Annual Congress of the Argentine Otolaryngology Society. Buenos Aires, August 17-19, 2006

Mattox, DE. Endoscopic assisted middle ear and neurotologic surgery. Annual Meeting of the Oregon Otolaryngology Society, November 10, 2005.

Mattox, DE.  Managing the resident 80 hour work week; panel.  Annual Meeting of the North American Skull Base Society. Phoenix, AZ, Feb 17, 2006

Mattox, DE. Panel: Malpractice or bad outcome in endoscopic sinus surgery.  The Triological Society, Chicago, IL May 19, 2006

Wael M. Abdelkafy, Mattox, DE, Mansour K.  Slide Tracheoplasty for management of subglottic stenosis, An Experimental Study n a Canine Model.  American Laryngological Society. Chicago IL, May 20, 2006.

Otto K, Hudgins P, Abdelkafy W, Mattox DE.  Sigmoid sinus diverticulum causing pulsatile tinnitus: A novel radiological finding and proposed surgical treatment.  American Otological Society, Chicago IL, May 21 2006.  ·

Mattox DE.  Management of Meniere's disease.  29th Annual Congress of the Argentine Otolaryngology Society. Buenos Aires, August 17-19, 2006

Mattox DE. Round Table on Cochlear Implants.  29th Annual Congress of the Argentine Otolaryngology Society. Buenos Aires, August 17-19, 2006

Mattox DE. Endoscopy of the middle ear and petrous apex.  29th Annual Congress of the Argentine Otolaryngology Society. Buenos Aires, August 17-19, 2006

Mattox DE. Surgery and stereotactic radiosurgery of management of acoustic neuroma. 29th Annual Congress of the Argentine Otolaryngology Society. Buenos Aires, August 17-19, 2006

Mattox DE. Diagnosis and management of pulsatile tinnitus.  29th Annual Congress of the Argentine Otolaryngology Society. Buenos Aires, August 17-19, 2006

Mattox DE. Benign Positional Vertigo. Guest Lecture, Suez University Hospital, Ismailia, Egypt, April 12, 2007

Mattox DE. Management of facial paralysis in temporal bone fracture. Guest Lecture, Suez University Hospital, Ismailia, Egypt, April 12, 2007

Mattox DE. Endoscopy of the middle ear and petrous apex.  Congress of the Egyptian Otolaryngology Society. Alexandria, April 14, 2007

Mattox DE. Surgery and stereotactic radiosurgery of management of acoustic neuroma. Congress of the Egyptian Otolaryngology Society. Alexandria, April 14, 2007.

Mattox DE. Diagnosis and management of pulsatile tinnitus.  Congress of the Egyptian Otolaryngology Society. Alexandria, April 14, 2007

Mattox DE.  Endoscopic repair of anterior fossa CSF leaks. 29th Annual Congress of the Egyptian Otolaryngology Society. Alexandria, April 14, 2007

Mattox, DE. New perspectives in the management of Meniere's Disease.  29th Annual Congress of the Egyptian Otolaryngology Society. Alexandria, April 14, 2007

Mattox DE, Reichert M. Meniett Pump: Use and compliance at 3 years.  American Otologic Society, San Diego, April 27, 2007.

Mattox DE. Benign Positional Vertigo. 57th National Congress of the Mexican Society of Otolaryngology, Chihuahua, Mexico April 30 – May 5, 2007.

Mattox DE. Management of facial paralysis in temporal bone fracture. 57th National Congress of the Mexican Society of Otolaryngology, Chihuahua, Mexico April 30 – May 5, 2007.

Mattox DE. Endoscopy of the middle ear and petrous apex. 57th National Congress of the Mexican Society of Otolaryngology, Chihuahua, Mexico April 30 – May 5, 2007.

Mattox DE. Surgery and stereotactic radiosurgery of management of acoustic neuroma. 57th National Congress of the Mexican Society of Otolaryngology, Chihuahua, Mexico April 30 – May 5, 2007.

Mattox DE. Diagnosis and management of pulsatile tinnitus. 57th National Congress of the Mexican Society of Otolaryngology, Chihuahua, Mexico April 30 – May 5, 2007.

Mattox DE. Endoscopic repair of anterior fossa CSF leaks. 57th National Congress of the Mexican Society of Otolaryngology, Chihuahua, Mexico April 30 – May 5, 2007.

Mattox, DE. New perspectives in the management of Meniere's Disease. 57th National Congress of the Mexican Society of Otolaryngology, Chihuahua, Mexico April 30 – May 5, 2007.

Mattox DE. Surgery and stereotactic radiosurgery of management of acoustic neuroma. North and South Carolina Otolaryngology Society Annual Meeting, Myrtle Beach, SC, July 20, 2007.

Mattox DE. Diagnosis and management of pulsatile tinnitus. North and South Carolina Otolaryngology Society Annual Meeting, Myrtle Beach, SC, July 20, 2007.

Mattox DE, Hudgins PA. Algorithm for diagnosis of pulsatile tinnitus. Collegium Otolaryngologicum, Seoul, Korea, August 29, 2007

**Courses and Conferences Attended:**

Rhinoplasty Course. Sacramento, California, October 22-28, 1977.

Designs for Clinical Cancer Research (Sponsored by NCI). New Orleans, Louisiana, April 13-15, 1978.

World Microsurgery Conference. San Francisco, California, August 29 - September 1, 1978.

Microvascular Reconstructive Surgery Course. University of Iowa, Iowa City, Iowa, October 15-19, 1979.

Human Tumor Cloning Conference. University of Arizona, Tucson, Arizona, January 2-6, 1980.

International Conference on Anatomy of the Central Auditory System. Florida State University, Tallahassee, Florida, March 12-14, 1980.

Porphyrin Photosensitization Workshop. Washington, D.C., September 28-29, 1981.

Gordon Conference on Lasers in Medicine and Biology. Meriden, New Hampshire, June 28 - July 2, 1982.

Council of Medical Specialty Societies. DRG Monitoring System. Doctor Mattox represented AAO-HNS. Washington, D.C., June 12-13, 1984.

5th International Symposium on the Facial Nerve. Bordeaux, France, September 3-6, 1984.

Inpharzm Medical Forum: Management of Cholesteatoma, Lugano, Switzerland, April 19-20, 1985.

International Congress on Tissue Integration in Oral and Maxillo-facial Reconstruction Brussels, May 22-24, 1985.

Audiant Bone Conducting Hearing Aid Workshop. Oklahoma City, August 15-16, 1986.

Microvascular Workshop. University of Michigan, Ann Arbor, February 3-6, 1987.

Cochlear Implant Workshop. Denver, CO., January 28-29, 1987.

Pediatric Cochlear Implant Workshop, Denver, CO., Feb. 8, 1990.

Stereostactic Radio Surgery Course, Brain Lab, New Orleans, April 10 – 12, 2003

**Bibliography:**

**Published and Accepted Research Articles in Refereed Journals:**

Mattox DE, Simmons FB: Natural History of Sudden Sensorineural Hearing Loss. Ann Otol Rhinol and Laryngol, 86:463-480, 1977.

Mattox DE, and Goode R: Temporary Loss of Hearing after a Glycerin Test. Arch Otolaryngol, 104:359-361, 1977.

Von Hoff DD, Mattox DE, Cortez E, et al: The Human Tumor Stem Cell Assay System: A Potential Aid for Intra-Arterial Drug Trials in Head and Neck Cancer. Rev Sud Onco, 3:15-17, 1979.

Cortez EA, Mattox DE, Holt GR, Gates, GA:  Unilateral Tonsillar Enlargement. Otolaryngol-Head and Neck Surg, 87:707-716, 1979.

Mattox DE:  Medical Management of Sudden Hearing Loss.  Otolaryngol -Head and Neck Surg, 88:111-113, 1980.

Mattox DE:  Microvascular Anastomosis:  A Scanning Electron Microscopic Study.  Otolaryngol-Head and Neck Surg, 88:252-256, 1980.

Mattox DE, Von Hoff DD:  Culture of Human Head and Neck Cancer Stem Cells Using Soft Agar.  Arch Otolaryngol, 106:672-674, 1980.

Mattox DE, Von Hoff DD:  In vitro Stem Cell Assay in Head and Neck Squamous Carcinoma.  Am J Surg, 140:527-530, 1980.

Mattox DE, Bird S, Gulley R, Ulrich F:  Effects of Neuronal Activity on Kainic Acid Induced Neurotoxicity in the Ventral Cochlear Nucleus.  Neurosci Letter, 20:153-157, 1980.

Von Hoff DD, Alberts DS, Mattox DE, et al:  Combination Chemotherapy with Cisplatin, Bleomycin and Methotrexate in Patients with Advanced Head and Neck Cancer.  Cancer Clinical Trials, 4:215-218, 1981.

Mattox DE, Gates GA:  Pharyngopalatoplasty for Nasopharyngeal Stenosis.  Plastic and Reconstructive Surgery of the Head and Neck.  Edited by L. Bernstein.  Grune and Stratton, New York.  Vol 2, pp 339-344, 1981.

Mullen BM, Mattox DE, Von Hoff DD, Hearne EM:  The Effect of Preoperative Adriamycin and Dihydroxyanthracenedione on Wound Healing.  Laryngoscope, 91:1436-1443, 1981.

Schramm VL Jr, Mattox DE, Stool SE:  Acute Management of Laser-Ignited Intratracheal Explosion.  Laryngoscope, 91:1417-1426, 1981.

Holt JE, Mattox DE, Holt GR:  Fungal Orbital Abscesses in Leukemic Patients.  Surg Forum, 32:517-519, 1981.

Humphrey DM, Aufdemorte TB, Mattox DE:  Immunoperoxidase Characterization of a Pharyngeal Plasmacytoma.  Arch Otolaryngol, 108:362-365, 1982.

Holt GR, Young WC, Aufdemorte TB, Mattox DE, Gates GA:  Head and Neck Manifestations of Uncommon Infectious Diseases.  Laryngoscope, 92:634-639, 1982.

Reyna J, Richardson J, Mattox DE, Banowsky L: Head and Neck Infection in Renal Transplant Patients. JAMA, 247:3337-3339, 1982.

Mattox DE, Brown W, Holt GR: Intracranial Metastases via Perineural Spread along the Mandibular Branch of the Trigeminal Nerve. Otolaryngol Head and Neck Surg, 90:182-184, 1982.

Mattox DE, Gulley RL, Neises GR: A Freeze-Fracture Study of the Maturation of Synapses in the Anteroventral Cochlear Nucleus of the Developing Rat. Anat Rec, 204:281-287, 1982.

Neises GR, Mattox DE, Gulley RL: Maturation of the End Bulb of Held in the Rat Anteroventral Cochlear Nucleus. Anat Rec, 204:271-279, 1982.

Ward PH, Mattox DE, Hawkins JE, Krause CJ, Lim DJ: Important Unanswered Questions. First National Conference on Research Goals and Methods in Otolaryngology. Ann Otol Rhinol and Laryngol, 91:11-14, 1982.

Forastiere AA, Crain SE, Callahan K, Van Echo D, Mattox DE, Thant M, Von Hoff DD, Wiernik PH: A Phase II Trial of AZQ (NSC 183986) in Head and Neck Cancer. Cancer Therapy Rep, 66:2097-2098, 1982.

Mattox DE, Gates GA: Letter to the Editor: Alternatives to Tracheostomy in Sleep Apnea. New Eng J Med, 308:656, March, 1983.

Von Hoff DD, Clark GM, Stogdill BJ, Sarosdy MF, O'Brien MT, Casper JT, Mattox DE, Page CP, Cruz AB, Sandbach JF: Prospective Clinical Trial of a Human Tumor Cloning System. Cancer Res, 43:1926-1931, 1983.

Mattox DE, Von Hoff DD, Clark GM, Aufdemorte TB: Factors which Influence Growth of Head and Neck Squamous Carcinoma in the Soft Agar Cloning Assay. Cancer, 53:1736-1740, 1984.

Mattox DE, Gulley RL: Species Differences Between the Rat and Guinea Pig in the End Bulb of Held. Anatomical Record, 205:57-63, 1983.

Mattox DE: Letter to the Editor. The Chronicle of Higher Education. June, 22, 1983.

Mattox DE, Sternson LA, Von Hoff DD, Kuhn JG, Repta AJ: Tumor Concentration of Platinum in Patients with Head and Neck Cancer. Otolaryngol- Head and Neck Surg, 91:271-275, 1983.

Mattox DE, Von Hoff DD, Harris LL:  Human Tumor Cloning Assay in Advanced Head and Neck Cancer:  A Prospective Correlative Trial.  Arch Otolaryngol, 109:724-726, 1983.

Mattox DE:  Cost-Effectiveness of Otolaryngology Externships for Residency Applicants, (Editorial).  Arch Otolaryngol, 110:2, 1984.

Mattox DE, Von Hoff DD, McGuire WL:  Androgen Receptors and Antiandrogen therapy for laryngeal carcinoma.  Arch Otolaryngology, 110:721-24, 1984.

Sledge GW. Jr, Clark GM, Griffin C, Mattox DE, Von Hoff DD:  Phase II Trial of Vindesine in patients with Squamous Cell cancer of the Head and Neck. Am. J. Clinical Oncology, 7:209-11, 1984.

Mattox DE, Delaney G:  Anatomy of the ethmoid sinus.  Otolaryngol Clinics of North America, 18:1-14, 1985.

Mattox DE:  New Agents and new approaches in chemotherapy; Panel discussion. Laryngoscope, 94:480, 1984.

Mattox DE, Clark GM, Balcerzak SP, O'Bryan RM, Oishi N, and Stucky WJ: Southwest Oncology Group Study of Mitoxantrone for treatment of Patients with advanced squamous cell carcinoma of the head and neck.  Investigational New Drugs, 2:405-407, 1984.

Standefer JA, Mattox DE, Aufdemorte TB, Geiser CF, Gates GA:  Midfacial Burkitt's Lymphoma.  Otolaryngology-Head and Neck Surgery, 93:262-267, 1985.

Harris LL, Vogtsberger KN, Mattox DE:  Group Psychotherapy for Head and Neck Cancer Patients.  Laryngoscope, 95:585-587, 1985.

Mattox DE, Olmos DR, Rubel EW:  Freeze Fracture of Neurons in Nucleus Magnocellularis of the Chick.  Hearing Research, 17:67-78, 1985.

Mattox DE, Von Hoff DD, Ramzy I, Schantz HD, Buchok J:  Capillary Cloning Assay in Head and Neck Cancer, Head and Neck Cancer, Edited by Chretien, et al. Vol 1, pp. 410-413, 1985.

Mattox DE:  "Cloning of Malignant Cells from Epidermoid Head and Neck Cancer" in Cancer Investigation and Management, Volume 2; Head and Neck Cancer. Edited by Robert E. Wittes, New York, pp. 315-321, 1985.

Chakeres DW, Mattox DE: Computed tomographic evaluation of non-metallic ear prostheses.  Investigative Radiology 20:596-600, 1985.

Mattox DE:  "Vestibular Schwannomas"  Otolaryngology Clinic of North America 20:149 - 160, 1987.

Mattox DE:  Fisch U:  "Reconstruction of Severe Atresia of the Auricle" in Otolaryngology Head and Neck Surgery , Volume 94:512-14, 1986.

Mercier RJ, Neal DG, Mattox DE, Gates, GA, Pomeroy TC, Von Hoff DD: Cisplatin and 5-fluorouracil Chemotherapy in Advanced or Recurrent Squamous Cell Carcinoma of the Head and Neck.  Cancer. 60:2609-2612, 1987.

Wilkins SA, Mattox DE, Lyles CA:  Evaluation of a "Shotgun" Regimen for Sudden Hearing Loss Otolaryngology-Head and Neck Surgery. 97: 474-480. 1987.

Mattox DE, Felix H.  Surgical Anatomy of The Rat Facial Nerve.  American Journal Otology, 8:43 - 47, 1987.

Makek M, Mattox DE, Schmid S, Fisch U. Histopathology of Synthetic Ossicular Protheses.  Archives of Otolaryngology-Head and Neck Surgery, 114:1127-1130, 1988.

Mattox CE, Felix H, Fisch U, Lyles CA.  Effects of Peripheral Ligation on Facial Nerve Regeneration.  Otolaryngology - Head and Neck Surgery, 98:558-563, 1988.

Price JC, Holliday MJ, Johns ME, Kennedy DW, Richtsmeier WJ, Mattox DE.  The versatile midface degloving approach. Laryngoscope. 98:291-295, 1988.

Fisher, CB, Mattox, DE, Zinreich, SJ, "Patency of Internal Jugular Vein After Functional Neck Dissection". Laryngoscope, 98:923-927, 1988.

Lippman SM, Kessler JF, Al-Saraf M, Alberts D, Itri LM, Mattox DE, Von Hoff DD, Loescher L, Meyskens FL.  Treatment of advanced squamous cell carcinoma of the head and neck with isotretinoin: A phase II randomized trial.  Investigational New Drugs. 6:51-56, 1988.

Schuller DE, Metch B, Stein DW, Mattox DE, McCracken JD: Preoperative chemotherapy in advanced resectable head and neck cancer - Final report of the Southwest Oncology Group.  Laryngoscope 98:1205-1211, 1988

Zinreich SJ, Mattox DE, Kennedy DW, Johns ME, Price JC, Holliday MJ, Quinn CB, Kashima HK.  3-D CT for cranial and facial and laryngeal surgery. Laryngoscope  98:1212-1219, 1988.

Zinreich SJ, Mattox DE, Kennedy DW, Chisholm HL, Diffley DM, Rosenbaum AE.  Concha Bullosa: CT evaluation.  Journal Computer Assisted Tomography. 12:788-84, 1988.

Medders G, Mattox DE.  Effect of Fibrin Glue on Rat Facial Nerve Regeneration. Otolaryngology - Head and Neck Surgery, 100:109-109, 1989.

Havlin KA, Kuhn JG, Myers JW, Ozols RF, Mattox DE, Clark GM, Von Hoff DD. High-dose cisplatin for locally advanced or metastatic head and neck cancer: A phase II pilot study.  Cancer 63:423-427, 1989.

Lee D-J, Mattox DE.  Traumatic injury of the brachial plexus: Should radiotherapy be postponed?.  (letter) JAMA 261:3081, 1989.

Mattox DE., Lyles CA.  Idiopathic Sudden Sensorineural Hearing Loss.  American Journal of Otology, 10:242-247, 1989.

Mattox DE.  Management of the facial nerve in temporal bone surgery.  in Fee et al (Ed) Head and Neck Cancer, Vol 2: Proceedings of the Second International Conference.  B.C. Decker, Philadelphia, 1990.

Mattox DE, Skouge JW.  Special ablative and reconstructive techniques for cutaneous cancers.  Dermatologic Clinics of North America.  7:825-831, 1989.

Jansen C, Mattox DE, Miller KD, Brownell WE.  An animal model of hearing loss from alpha-difluoromethylornithine.  Arch. Otolaryngol Head Neck Surg. 115:1234-1237, 1989.

Kennedy DW, Josephson JS, Zinreich SJ, Mattox DE, Goldsmith MM.  Endoscopic sinus surgery for mucoceles: A viable alternative.  Laryngoscope.  99:885-895, 1989

Long DM, Holliday M, Zinreich, Mattox DE.  Uncommon tumors of the skull base and uncommon approaches to them.  Neurosurgery Clinics of N. America  1:225-242, 1990.

Mattox DE, Von Hoff DD, Balzcerzak SP. Southwest Oncology Group Study of patients with advanced adenoid cystic carcinoma of the head and neck. Investigational New Drugs.  8:105-107, 1990.

Salzer SS, Mattox DE, Brownell WE.  Cochlear damage and increased threshold in alpha-difluoromethylornithine (DFMO) treated guinea pigs.  Hearing Research 46:101-112, 1990.

Long DM., Mattox DE.: Tumors of the skull base.  Maryland Medical Journal. 39:355-60, 1990

Mattox DE, Kennedy DW.  Endoscopic management of cerebrospinal fluid leaks and encephaloceles.  Laryngoscope 100:857-862, 1990.

Wong BJF, Mattox DE.  The effects of polyamines and polyamine inhibitors on rat sciatic and facial nerve regeneration.  Exp Neurol. 111:263-266, 1991.

Hinckley D, Lyles A, Mattox DE.  Repair of peripheral nerves of unequal diameters.  Laryngoscope, 101:1150-1154, 1991.

Mattox DE.  Central nervous system changes associated with noise-induced hearing loss:  An electron microscopic and freeze-fracture study of the chick nucleus magnocellularis (Triological Thesis).  Laryngoscope, 101:1063-1075, 1991.

Marks SC, Mattox DE, Casero RA.  The effects of DFMO on polyamine metabolism in the inner ear.  Hearing Research, 53:230-236, 1991.

Mattox DE, Carson BJ.  Transpalatal approach to the sella in children.  Skull Base Surgery, 1:177-182, 1991.

Mattox DE, Wozniak J.  Sutureless vascular anastomosis with biocompatible heat-shrink tubing.  Arch Otolarynol. 117:1260-1264, 1991.

Harbour JW, Lawton MT, Criscuolo GR, Holliday MJ, Mattox DE, Long DM.: Clivus chordoma: A report of 12 cases and review of the Literature.  Skull Base Surgery, 1:200-206, 1991.

Phillips SD, Corio RL, Brem H, Mattox DE.:  Ameloblastoma of the mandible with intracranial metastasis.  Arch Otolaryngol. 118:861-863, 1992.

Richtsmeier WJ, Briggs RJS, Koch WM, Eisele DW, Loury MC, Price JC, Mattox DE, Carson BS.: Complications and early outcome of anterior craniofacial resection.  Arch. Otolaryngol Head Neck Surg 118:913-917, 1992.

Herdman SJ, Tusa RJ, Zee DS, Proctor LR, Mattox DE.: Single treatment approaches to benign positional vertigo.  Arch Otolaryngol. 119:450-454, 1993.

Zinreich SJ, Tebo SA, Long DM, Brem H, Mattox DE, Loury ME, Vander Kolk CA, Koch WM, Kennedy DW, Bryan RN.  Frameless stereotactic integration of CT imagined data: Accuracy and initial applications.  Radiology, 188:735-742, 1993.

Cohen EJ, Mattox DE.  Histologic and Ultrastructural Features of Explanted Arenberg Shunts.  Arch Otolaryngol. 120:326-332, 1994.

Mattox DE, Long D, Bryan N, Legget B, Zinreich SJ.  Computer-assisted localizing probe using 3-D CT/MRI images for skull base surgery.  in Skull Base, edited by M. Samii, M.D. Karger, Basel, 1994. pp 40-44.

Hain TC, Herdman SJ, Holliday M, Mattox DE, Zee DS, Byskosh AT. Localizing value of optokinetic after nystagmus. Ann Oto Rhin Laryngol. 103:806-811, 1994.

Mattox DE. Free flap reconstruction for anterior cranial base and orbital defects. Accepted, Proceedings of Charlottesville Skull Base Meeting, 1991.

Herdman SJ, Clendaniel RA, Mattox DE, Holliday MJ, Niparko JK. Vestibular adaptation exercises and recovery: Acute stage after acoustic neuroma resection. Otolaryngology - Head & Neck Surgery 113: 77-87, 1995.

Venkatraman G. Mattox DE. External auditory canal wall cholesteatoma: a complication of ear surgery. Acta Oto-Laryngologica. 117(2):293-7, 1997.

Tinnitus Habituation Therapy: The University of Maryland Tinnitus and Hyperacusis Center Experience. Mattox DE, Jastreboff PJ, Gray W. The International Tinnitus Journal. 3:31-32, 1997.

Mathis JM, Mattox, DE, Malloy P, Zoarski G. Endovascular treatment of pulsatile tinnitus caused by dural sinus stenosis. Skull Base Surgery 7:145-150, 1997

Wolf JS. Boyev KP. Manokey BJ. Mattox DE. Success of the modified Epley maneuver in treating benign paroxysmal positional vertigo. Laryngoscope. 109:900-3, 1999.

Wolf JS. Mattox DE. Intralabyrinthine schwannoma. Archives of Otolaryngology -- Head & Neck Surgery. 125:107-9, 1999.

Mattox DE, Moore RB, Jastreboff MM, Jastreboff PJ, Tinnitus as an unwanted outcome of medical and surgical treatments. Proc Sixth International Tinnitus Seminar. 1999, Hawthorne Press, pp 83-86

Mattox DE, Mirvis SE. Intraoperative portable computed tomography scanning. Otolaryngology – Head & Neck Surgery, 121:776-780, 1999.

Jones RM,. Rothman MI, Gray WC, Zoarski,GH, Mattox DE. Temporal lobe injury in temporal bone fractures. Archives of Otolaryngology, 126:131-135, 2000

Dillard DD, Venkatraman G, Cohen C, DelGaudio J, Gal AA, Mattox DE. Immunolocalization of erythropoietin and erythropoietin receptor in vestibular schwannoma. Acta. Otolaryngol. 121 (2): 149-152, 2001

Mattox DE. Endoscopic-assisted surgery of the petrous apex. Otolaryngology - Head and Neck Surgery, 130: 229-41, 2004.

Krishnan A, Mattox DE, Fountain AJ, Hudgins PA "CT arteriography and venography in pulsatile tinnitus: Preliminary results". Am J Neuroradiol. 27:1635-8, 2006

Otto KJ, Hudgins PA, Abdelkafy W, Mattox DE. Sigmoid sinus diverticulum: A new surgical approach to the correction of pulsatile tinnitus, Otology & Neurotology 28:48-53, 2007

Abdelkafy WM, El Atriby MN, Iskandar NM, Mattox DE, Mansour, KA. Slide Tracheoplasty Applied to Acquired Subglottic and Upper Tracheal Stenosis: An Experimental Study in a Canine Model, Arch Otolaryngol Head Neck Surg. 2007;133:327-330.

Mattox DE, Reichert M. Meniett Pump: Use and compliance at three years. Submitted, Otology & Neurotology 29:29-32, 2008

**Review Articles:**

Gates GA, Holt GR, Mattox DE, Cooper JC: What's New in Otolaryngology. Texas Med, 75:40-41, 1979.

Mattox DE: Medical Management of Vertigo. Ear Nose Throat J, 59:383-389, 1980.

Mattox DE, Von Hoff DD: Adenoid Cystic Carcinoma: A Review. Cancer Therapy Update, 1:2-5, 1980.

Mattox DE: Management of Mandibular Dislocation. Hospital Med, 17:23-32, 1981.

Mattox DE: Bone Healing and Grafting. Ear Nose Throat J, 62:30-32, 1983.

Kronenberg J, Mattox DE: Vertigo: Practical steps in a confusing differential. J Resp. Diseases, 6:64-80, 1985.

Standefer JA, Jr., Mattox DE: "Head and Neck Manifestations of Collagen Vascular Diseases" in The Otolaryngology Clinics of North America, Edited by Robert T. Sataloff, M.D., 20: 181-210, 1986.

Mattox DE, Richtsmeier, WJ. Tinnitus - Initial Evaluation. Otolaryngology - Head and Neck Surgery 96:172-175, 1987.

Mattox DE. Diagnostic Endoscopy of the Nose. New England and Regional Allergy Proceedings. 9:105-108, 1988

Medders, G, Mattox, DE, "Update on Otitis Media pathogenesis and Diagnosis", Journal of Respiratory Diseases, 9:37-50, 1988.

Dugue G, Mattox DE. Current Concepts in Therapy for Otitis Media. J Resp Diseases 9:89 - 98, 1988.

Tunkel DE, Mattox DE. Complications of otitis: Not to be trifled with. The Journal of Respiratory Diseases, 10:68-82, 1989.

Briggs R, Mattox DE. Management of the facial nerve in skull base surgery. Otolaryngology Clinics of North America 24:653-662, 1991.

Wong BJF, Mattox DE. Experimental Nerve Regeneration: A review. Otolaryngologic Clinics of North America 24:739-752, 1991.

Mattox DE. Review: Davis et al. "Modification of cochlear potentials produced by streptomycin poisoning and extensive venous obstruction." Laryngoscope. 107:162-165, 1997.

Mattox DE. Assessment and management of tinnitus and hearing loss. Continuum – Life Long Learning in Neurology. 12: 135-50, 2006.

**Book Chapters:**

Mattox DE: "Medical Management of Vertigo" in, Current Therapy in Otolaryngology and Head and Neck Surgery. Edited by GA Gates. New Jersey, BC Decker, 1982, pp 50-53.

Mattox DE: "Sudden Hearing Loss" in Decision Making in Otolaryngology- Head and Neck Surgery. Edited by GR Holt, DE Mattox, GA Gates. Toronto, BC Decker, 1984.

Mattox DE: "Nasal Obstruction" in Decision Making in Otolaryngology- Head and Neck Surgery. Edited by GR Holt, DE Mattox, GA Gates. Toronto, BC Decker, 1984.

Mattox DE: "Granulomatous Diseases" in Decision Making in Otolaryngology- Head and Neck Surgery. Edited by GR Holt, DE Mattox, GA Gates. Toronto, BC Decker, 1984.

Mattox DE: "Mucous Membrane Granulomatous Diseases" in Decision Making in Otolaryngology-Head and Neck Surgery. Edited by GR Holt, DE Mattox, GA Gates. Toronto, BC Decker, 1984.

Mattox DE. "Perilymphatic Fistulas", in Otolaryngology-Head and Neck Surgery, Cummings et al (editors), C.V. Mosby, St. Louis, 1986, pp. 3113-3119.

Mattox DE: "Cancer of the Hypopharynx" in Current Therapy in Otolaryngology-Head and Neck Surgery. Edited by GA Gates. BC Decker, Toronto, pp. 235-237, 1984.

Mattox DE, Fisch U: "Petrosectomy and facial rehabilitation in malignant tumors of the retromandibular fossa" Plastic Reconstruction in the Head and Neck, Edited by T. R. Bull and Eugene Myers, Butterworths, London, pp. 79-97, 1986.

Mattox, DE, Fisch U., Surgery of the Skull Base in Complications in Otolaryngology Head and Neck Surgery, Volume 2 Head and Neck, M.E. Johns (ed.) B.C. Decker, Toronto, 1986, pp. 307-313.

Mattox, DE, "Otology and Laryngology", Experimental Surgery and Physiology: Induced Animal Models of Human Disease, Edited by: M.Michael Swindle & Robert J. Adams. 1988.

Mattox DE. "Midfacial degloving for exposure of the clivus" in Atlas of Operative Neurosurgical Technique, Vol 1, Cranial Operations. ed Donlin M. Long, Williams and Wilkins, Baltimore, 1989.

Mattox DE. "Medial Labiomandibular Glossotomy" in Atlas of Operative Neurosurgical Technique, Vol 1, Cranial Operations. ed Donlin M. Long, Williams and Wilkins, Baltimore, 1989.

Wetmore SJ, Mattox DE. Cancer of the ear and temporal bone. in Cancer of the Head and Neck (Second Edition) Myers EN, Suen JY (Editors), Churchill Livingstone, New York, 1989. pp. 691-710.

Mattox DE. "Idiopathic Facial Paralysis" in G A Gates (editor) Current Therapy in Otolaryngology Head and Neck Surgery - 4. pp. 82 -84. BC Decker, Toronto, 1990.

Mattox DE. "Temporal bone trauma" in Operative Challenges in Otolaryngology - Head and Neck Surgery Ed by Pillsbury HC and Goldsmith MM. Year book Medical Publishers, Chicago. 1990 pp. 71-77.

Mattox DE, Nager GT, Levin SL. Congenital Aural Atresia: Embryology, Pathology, Classification, Genetics, and Surgical Management. in Paparella M, Schumrick D, Gluckman J, Meyerhoff W. Otolaryngology Vol II W. B. Saunders, Philadelphia, 1991.

Mattox DE. Sudden hearing loss. in Common Problems in Otology edited by Hill Britton, Mosby Yearbook, St. Louis, 1991. pp 267-272.

Marks SC, Mattox DE. Transoral approaches to the clivus. in Surgery for Skull Base Tumors Blackwell, Boston, 1992, pp. 182 - 190.

Mattox DE. Infratemporal fossa approaches (Fisch) to the Clivus. in Surgery for Skull Base Tumors Ed. Donlin Long, M.D., Ph.D., Blackwell, Boston, 1992, pp. 204 - 210.

Mattox DE. Clinical Disorders of the Facial Nerve. in Otolaryngology - Head and Neck Surgery, Edited C.W. Cummings, M.D., Mosby, St. Louis, 1993. pp 3217-3232.

Godley FA, Mattox DE. Surgical approaches to the anterior skull base. in Complex Craniofacial Problems. Eds. CR Dufresne, BS Carson, SJ Zinriech. Churchill Livingstone, New York, 1992. pp. 395-416.

Niparko JK, Mattox DE. Complications of Lateral Skull Base Surgery. in Complications in Head and Neck Surgery Ed David W. Eisele, M.D., Mosby, St. Louis, 1993, pp. 613-623.

Philips SD, Mattox DE. Complications of Microvascular Surgery. in Complications in Head and Neck Surgery Ed David W. Eisele, M.D., Mosby, St. Louis, 1993, pp. 756-765.

Niparko JK, Mattox DE. Bell's Palsy and Herpes Zoster Oticus. in Current therapy in Neurologic Disease. ed. Richard T. Johnson, M.D. and John W. Griffin, M.D.. B.C. Decker, St. Louis, 1993 pp 355-361.

Yueh B, Mattox D. Approaches, Clinical Results and New Directions in Skull Base Surgery. Curr Opinion Otol Head Neck, 1993, 1:72-78.

Mattox, DE. Surgical Management of Vestibular Disorders. in Vestibular Rehabilitation. Edited by Susan Herdman, PhD. F.A. Davis, Philadelphia, 1994. pp. 194-205.

Mattox, DE Lateral infratemporal approaches. in Otologic Surgery, edited by D. Brackmann, C. Shelton and M Arriaga. W.B. Saunders Co. Philadelphia, PA., 1994 pp 667-676.

Mattox DE, Goldsmith MM, Castellanos, PF. "Minimally Invasive Surgery". in Otolaryngology - Head - Head & Neck Surgery. edited by Cummings et al. Mosby. St. Louis, 1995, pp.51-60.

Mattox DE.  Meniere's disease, vestibular neuronitis and benign paroxysmal vertigo. in Otorhinolaryngology - Head and Neck Surgery, edited by J.J. Ballenger and J.B. Snow, Jr.  Williams and Wilkins, Baltimore, 1996.  pp 1119 - 1132.

Pawel J. Jastreboff, William C. Gray, Douglas E. Mattox.  Chapter 165, Tinnitus and Hyperacusis, IN: Otolaryngology Head & Neck  Surgery, vol 4, 3rd ed., Editors Cummings et al, Mosby, St. Louis,  1998, pp 3198-3222

Chan Y-M, Mattox DE.  Cerebrospinal fluid otorrhea.  In Gates GA, Current Therapy in Otolaryngology – Head & Neck Surgery.  Mosby, St. Louis, 1998, pp 59 – 62.

Mattox DE.  "The Facial Nerve" IN Otolaryngology - Head - Head & Neck Surgery. edited by Cummings et al. vol 4, 3rd ed., Editors Cummings et al, Mosby, St. Louis,  1998, pp 3198-3222 Mosby.  St. Louis.

Mattox DE.  Surgical Management of Vestibular Disorders.  In Vestibular Rehabilitation, second edition, edited by Susan J. Herdman, Ph.D.,  F. A. Davis Co, Philadelphia, 1999, pp 251-262.

Mattox DE, Niparko JK, Holliday JM. Intratemporal approaches.  In Atlas of Skull Base Surgery.  Eidtied by DM Long, JK Niparko, BW O'Malley and SJ Zinreich. Parthenon Publishing, New York, 2003

Mattox DE. .  "The Facial Nerve" IN Otolaryngology - Head - Head & Neck Surgery. edited by Cummings et al. vol 4, 3rd ed., Editors Cummings et al, Elsivier Mosby, St. Louis,  2005, pp 3333-3353.

Mattox DE. "Otologic Surgery" IN Medical Mangement of the Surgical Patient Cambridge University Press, Cambridge, 2006. Editors Smith RB, Dodson TF, Spell NO, Walker HK.  Cambridge University Press,  2006 pp 749 – 50.

Mattox DE. "Myringotomy & tubes" " IN Medical Mangement of the Surgical Patient  Cambridge University Press, Cambridge, 2006. Editors Smith RB, Dodson TF, Spell NO, Walker HK.  Cambridge University Press,  2006 pp 751-2.

Mattox DE. "Surgical Management of Vestibular Disorders" IN Vestibular Rehabilitation. Editor, Susan J. Herdman, Ph.D.  F. A. Davis Co. Philadelphia, pp 205-13, 2007.

**Books Edited and Written:**

Simmons FB, Gillam S, Mattox DE: An Atlas of Electronystagmography.  Grune and Stratton, Philadelphia, 1980.

Holt GR, Mattox DE, Gates GA:  Decision Making in Otolaryngology-Head and Neck Surgery.  BC Decker, Toronto, 1984.

Holt GR, Mattox DE, Gates GA:  Decision Making in Otolaryngology-Head and Neck Surgery.  (Japanese Translation) BC Decker, Toronto, 1988.

Fisch U, Mattox DE. Microsurgery of the Skull Base, Thieme, New York, 1988.

Mattox DE, Wilkins S.  Tinnitus: Self-Instructional Package, American Academy of Otolaryngology - Head and Neck Surgery, 1989.

Johns ME, Price JR, Mattox DE.  Atlas of Head and Neck Surgery, Vol 1. BC Decker, Toronto, 1990.

Johns ME, Price JR, Mattox DE.  Atlante di Chirurgics Cervico - Facciale (Italian Translation) Momentico Medico, Salerno, Italy, 1993.

**Manuals, Videos, Computer Programs and Other Teaching Aids:**

Mattox DE, Von Hoff DD:  In vitro Culture of Head and Neck Cancer Stem Cells. Audio-Digest:  Otorhinolaryngology, 13(11), June 12, 1980.

Mattox DE.  Sudden sensorineural hearing loss.  Audio-Digest Vol 21, No 13.

Venkatraman G, Pow D, Rothman M, Mattox DE.  OtoRadPath:  A computerized teaching program for otology.  American Academy of Otolaryngology - Head & Neck Surgery.  New Orleans.  Sept 19 - 22, 1995.

**Posters:**

Mattox DE, Cortez E, Gates GA:  A Safe Method of Pediatric Tracheostomy-Presented at American Academy of Otolaryngology and Ophthal-mology, Los Vegas, Nevada, September, 1978.

Mattox DE, Gulley RL, Bird S:  Does the Level of Sound Stimulation Affect Kainic Acid Neurotoxicity in the Cochlear Nucleus?  Society for Neuroscience, Atlanta, Georgia, November 2-6, 1979.

Neises GR, Gulley RL, Mattox DE:  Maturation of the End Bulb of Held in the Rat, I.  Thin Section Study.  American Association of Anatomists 1981 Meeting, New Orleans, Louisiana, March 19-23, 1981.

Mattox DE, Gulley RL, Neises GR:  Maturation of the End Bulb of Held in the Rat, II.  Freeze-Fracture Study.  American Association of Anatomists 1981 Meeting, New Orleans, Louisiana, March 19-23, 1981.

Mowry J, Mattox DE, Holt GR: Chronic Otomastoiditis in the Latin-American Population. American Academy of Otolaryngology-Head and Neck Surgery Meeting, September 20-24, 1981.

Mattox DE, Brown W, Holt GR: Intracranial Metastases Via Perineural Spread Along the Mandibular Branch of the Trigeminal Nerve. American Academy of Otolaryngology-Head and Neck Surgery Meeting, September 20-24, 1981.

Holt GR, Mattox DE: Neurologic Diseases Presenting as ENT Disorders. American Academy of Otolaryngology-Head and Neck Surgery Meeting, September 20-24, 1981.

McManus K, Mackie E, Aufdemorte TB, Mattox DE. Klebsiella Rhinoscleroma. American Academy of Otolaryngology-Head and Neck Surgery. Las Vegas, Nevada, September 16-20, 1984.

Salzer SJ, Mattox DE, Brownell WE. Effect of DFMO on cochlear histology and hearing threshold in guinea pigs. Association for Research in Otolaryngology, St. Petersburg, Fla. Feb 6, 1989.

Wong BJF, Mattox DE. The effects of polyamines and polyamine inhibitors on rat sciatic and facial nerve regeneration. Association for Research in Otolaryngology, St. Petersburg, FL, Feb 6, 1990.

Lee D-J, Luzzi FA, Liberman FZ, Mattox DE. Effects of I-125 seed implants on skin flaps. 9th International Congress of Radiation Research. 1991.

Phillips S, Ramirez R, Pangstaporn K, Brownell W, Mattox DE. Electron microscopic findings in cochlear hair cell of difluoromethylornithine (DFMO) treated guinea pigs. Fifteenth Association for Research in Otolaryngology meeting. St. Petersburg, Fl. Feb. 2 - 6, 1992.

Gates T, Phillips S. Pangstaporn K, Brownell W, Mattox DE. Morphologic changes in the vestibular labyrinth after DFMO administration. Association for Research in Otolaryngology, St. Petersburg, FL, Feb 5 - 10, 1993.

Mattox DE, Price GR. Why don't airbags cause sensorineural hearing loss? Association for Research in Otolaryngology, St. Petersburg, FL, Feb 5 - 8, 1995.

Venkatraman G, Mattox DE. External Auditory Canal Wall Cholesteatoma: A complication of Ear Surgery. Collegium Oto-Rhino-Laryngologicum Amicitiae Sacrum, Vancouver, BC. August 25-28, 1996.

Mattox DE, Price GR, Kalb J.   Histologic changes of the cat cochlea after automobile airbag deployment. Association for Research in Otolaryngology, St. Petersburg, FL, Feb 1-5, 1997.

Christian DJ, Gilbert J, Mattox DE, Edelhauser H,  Permeability kinetics of the round window membrane.  Association for Research in Otolaryngology, St. Petersburg, FL, January 28-9, 2002.

August 12, 2008

Kenneth Armstrong, Esquire
Erica C. Mudd, Esquire
Armstrong, Donohue, Ceppos & Vaughan, Chtd.
204 Monroe Street, Suite 101
Rockville, MD 20850

   Re: *Catherine Duble v. Medical Faculty Associates, Inc.*

Dear Mr. Armstrong and Ms. Mudd:

  I have been asked to review this case with specific focus on plaintiff's allegations as they relate to care and treatment provided to her by Medical Faculty Associates, Inc. otolaryngologist, Steven Bielamowicz, M.D.

  As you know, I am a physician, board certified in Otolaryngology and Neurotology. I am actively licensed to practice medicine in Georgia. I am presently employed as a Professor and Chairman of the Department of Otolaryngology – Head and Neck Surgery at The Emory University School of Medicine in Atlanta, Georgia. Until recently I also served as the Director of the Residency Training Program for the Department. In addition, I am Chair of the Section of Otolaryngology – Head and Neck Surgery at The Emory Clinic in Atlanta, Georgia. I have attached to this Report a copy of my Curriculum Vitae, which includes additional information regarding my qualifications, as well as a list of publications that I have authored in the last 10 years. My fee for review, discussion, and testimony is $480.00 per/hour.

  To date, I have reviewed plaintiff's Complaint, her medical records from Dr. Bielamowicz's practice, Dr. Mays's practice, The George Washington University Hospital (2003 and 2004 admissions), and the written report of the chest x-ray performed at Community Radiology Associates on September 2, 2003. I have also reviewed the depositions of plaintiff, Dr. Bielamowicz, Dr. Dangerfield, Dr. Brotman, and Dr. McAlary given in this matter, as well as Dr. Cooperman's Expert Report.

  Without limitation, it is my opinion that Steven Bielamowicz, M.D., as an agent, servant, and/or employee of defendant, Medical Faculty Associates, Inc., satisfied the standard of care of a reasonably prudent doctor of the same specialty practicing under the same or similar circumstances in the care and treatment of Catherine Duble. Moreover, it is my opinion that no actions or alleged omissions on the part of Dr. Bielamowicz and/or Medical Faculty Associates, Inc. negligently caused or contributed to the injuries and damages alleged by plaintiff.

More specifically, it is my opinion to a reasonable degree of medical probability and certainty that:

1.  Dr. Bielamowicz fulfilled the applicable standard of care with regards to the review of the preoperative evaluation provided by Dr. Mays.

2.  Dr. Mays' report clearly states that the preoperative workup, laboratory, chest x-ray and stress test are all within normal limits.

3.  Some of the original documents for the preoperative workup were forwarded with the preoperative evaluation form, others were not.

4.  Given that Dr. Mays' evaluation clearly summarized all the preoperative findings as negative, Dr. Bielamowicz was not obligated under a reasonable standard of care to comb through the chart looking for the original laboratory documentation.

5.  It is a reasonable under the standard of care for a surgeon to rely on the preoperative evaluation performed by an internist.

It is my further opinion to a reasonable degree of medical probability and certainty that plaintiff's alleged injuries, including any delay in the diagnosis of her lung cancer, were not caused or contributed to by any violation or deviation from the applicable standard of care by Dr. Bielamowicz and/or Medical Faculty Associates, Inc.

In support of these opinions, I will rely on my education, training, and experience, as well as my review of the medical records of Catherine Duble, the deposition testimony of any fact and expert witnesses, and any and all pleadings in this matter, including discovery responses.

My opinions as set forth in this Report are not exhaustive and may be modified and supplemented upon additional review.

Very truly yours,

Douglas Mattox, M.D.

**(1)**    **_Douglas E. Mattox, M.D._**

Federal Rule of Civil Procedure 26(a)(2)(B)(v) Disclosure

| Case Name | Attorney | City/State | Party | Deposition Date | Trial Date |
|---|---|---|---|---|---|
| Hughes v. Kaiser | Hall, Booth, Smith & Slover | Atlanta, GA | Defense | 01/24/04 | - - - |
| Stamps v. Pratt | Hall, Booth, Smith & Slover | Atlanta, GA | Defense | 11/17/04 | - - - |
| Patrick Cox, Deceased | Terry A. Dawes | Detroit, MI | Plaintiff | 08/19/05 | 03/25/06 (apx) |
| Hanan v. Washington | Armstrong, Donohue, Ceppos & Vaughan, Chartered | Rockville, MD | Defense | 10/27/05 | 03/23/06 |
| Farlow v. Fewins | Wallach, Andrews & Stouffer | Fort Worth, TX | Defense | 08/14/07 | - - - |

# EXHIBIT B

**Curriculum Vitae**
**Stephen D. Martin, M.D.**

---

**Current Office Information:**

1901 Research Boulevard, Suite 350, Rockville, MD 20850
Phone: 301-838-9606; Fax Number: 301-838-9029

**Residence:**

3336 O Street, NW, Washington, DC 20007
Phone Number: 202-333-6096

**Date of Birth:**

January 3, 1956; Place of Birth: Berlin, Germany
Citizenship: USA

**Education & Training:**
Undergraduate:
*1977*

University of Texas, Austin
B.A. - 12/75

Medical:
*1981*

University of Texas, Medical Branch, Galveston, TX
M.D.

Internship:
*7/81-6/82*

Central Texas Medical Foundation, Austin, Texas
Flexible

Residency:
*7/82-6/83*

George Washington University, Washington, DC
Anesthesiology.  Chief Resident, 7/83-6/84

Fellowship:
*7/85-6/86*

George Washington University Hospital, Washington, DC
Neuroanesthesia

**Work History:**
*4/04-Present*

First Colonies Anesthesia Associates, LLC
Member Anesthesiologist

*2/86-4/04*

Greater Washington Anesthesia and Pain Consultants, PC
Member Anesthesiologist

*2/86-3/87*

Montgomery General Hospital, Olney, MD
Staff Anesthesiologist

*7/84-6/85*

Washington County Hospital Association, Hagerstown, MD
Staff Anesthesiologist

**Appointments:**

| | |
|---|---|
| *11/86-3/87* | Montgomery General Hospital<br>Acting Chairman, Department of Anesthesiology |
| *1/93-12/94* | Shady Grove Adventist Hospital<br>Chairman, Department of Anesthesiology |
| *1/91-12/91* | Shady Grove Adventist Hospital<br>Chairman, Medical Education Committee |
| *1/03-12/05* | Shady Grove Adventist Hospital<br>Chairman, Department of Anesthesiology |
| *1/06-Current* | Shady Grove Adventist Hospital<br>Vice Chairman, Department of Anesthesiology |
| *1/06-Current* | Shady Grove Adventist Hospital<br>Member, Interdisciplinary Peer Review Committee |

**Licensures:**

Maryland D0030961

**Board Certification:**

*1986*          American Board of Anesthesiology

August __20_, 2008

Kenneth Armstrong, Esquire
Erica C. Mudd, Esquire
Armstrong, Donohue, Ceppos & Vaughan, Chtd.
204 Monroe Street, Suite 101
Rockville, MD 20850

      Re:    *Catherine Duble v. Medical Faculty Associates, Inc.*

Dear Mr. Armstrong and Ms. Mudd:

     I have been asked to review this case with specific focus on plaintiff's allegations as they relate to care and treatment provided to her by Medical Faculty Associates, Inc. anesthesiologists, including Paul Dangerfield, M.D., who was the attending anesthesiologist for the September 4, 2003 procedure.

     I am a physician, board certified in anesthesiology. I am actively licensed to practice medicine in Maryland. I have attached to this Report a copy of my Curriculum Vitae, which includes additional information regarding my qualifications, as well as a list of publications that I have authored in the last 10 years. My fees are as, follows: (1) $250.00 per hour to review records with a four hour minimum; (2) $350.00 per hour for deposition testimony; and (3) $3,000.00 for appearance at trial.

     To date, I have reviewed plaintiff's Complaint, her chart from her September 4, 2003 admission to The George Washington University Hospital, the written report of the chest x-ray performed at Community Radiology Associates on September 2, 2003, the expert reports, and the depositions of plaintiff, Dr. Bielamowicz, Dr. Dangerfield, Dr. Cooperman and Dr. McAlary as given in this matter.

     Without limitation, it is my opinion that **Dr Dangerfield and the MFA anesthesiologists met the standard of care required of an anesthesiologist in their care of Ms. Duble.**

     **Dr Dangerfield's practice was to review his patients chart and conduct a directed history and physical examination prior to administering anesthesia.**

An anesthesiologist is obligated to order any follow up tests indicated from the preoperative review of diagnostic tests and the targeted history and physical examination as necessary for the the conduct of the patients anesthetic.As for any physician who orders a test, he/she would be then responsible for any follow-up on tests ordered personally.

An anesthesiologist is not required to order follow up diagnostic tests to tests ordered by and reported to other physicians and not pertinent to the safe conduct of anesthesia.An anesthesiologist is also not required to communicate with a patient the results of diagnostic tests not pertinent to the conduct of anesthesia. In fact, this would be outside the scope of practice of an anesthesiologist and inappropriate to their role as a consultant in perioperative medicine.Consultants should not interfere in the care primary care physicians give their patients by communicating opinions outside their scope of expertise.

In this case, the results of the chest x-ray ordered by Dr Mays and sent from his office to The George Washington University Hospital were reviewed by Dr Dangerfield and no findings pertinent to the safe conduct of anesthesia were noted.Dr Mays would have reviewed any recommendations from the radiology consultant, discussed these with him/her, developed an appropriate follow-up plan, and communicated the plan to Ms. Duble.

Dr Dangerfield's care of Ms Duble met the standard of care required of an anesthesiologist and he was reasonable in relying on information provided by Dr Mays.

The actions of Dr Dangerfield and the MFA anesthesiologists in no way caused or contributed to Ms Duble's injury.

In support of these opinions, I will rely on my education, training, and experience, as well as my review of the medical records of Catherine Duble, the deposition testimony of any fact and expert witnesses, and any and all pleadings in this matter, including discovery responses.

My opinions as set forth in this Report are not exhaustive and may be modified and supplemented upon additional review.

Very truly yours,

Stephen Martin, M.D.

(2)    **_Stephen Martin, M.D._**
       Federal Rule of Civil Procedure 26(a)(2)(B)(v) Disclosure

| Case Name | Attorney | City/State | Party | Deposition Date | Trial Date |
|---|---|---|---|---|---|
| No expert testimony given within disclosure period | | | | | |

# EXHIBIT C

June 2008

CURRICULUM VITAE

**John M. Feigert, M.D.**

CITIZENSHIP:                United States of America

HOME ADDRESS:          1304 Timberly Lane
McLean, Virginia 22102
(703) 847-9142

MARITAL STATUS:        Married, 3 Children

PRESENT EMPLOYMENT:      Arlington-Fairfax Hematology-Oncology
1635 North George Mason Drive, Suite 170
Arlington, Virginia  22205
(703) 894-3800

LICENSURE:                Virginia # 046366
Initial Date 4/91   Expiration 4/09

BOARD CERTIFICATIONS:    American Board of Internal Medicine, 1986
American Board of Internal Medicine,
Sub-specialty of Hematology, 1988
American Board of Internal Medicine,
Sub-specialty of Oncology, 1989

EDUCATION:                M.D. Cornell Univ. Medical College 1979-1983
1300 York Avenue, New York, NY  10021

B.A. Harvard College, cum laude    1975-1979
Cambridge, MA  02130

PROFESSIONAL TRAINING:   Fellowship:                1986-1989
The New York Hosp.-Cornell Univ. Med. College
525 East 68th Street, New York, NY  10021
Department of Medicine, Div. of Hem./Onc.
Chief:  Ralph Nachman, M.D.

Internship and Residency:      1983-1986
The New York Hosp.-Cornell Univ. Med. College
525 East 68th Street, New York, NY  10021
Department of Medicine
Chief:  R. Gordon Douglas, M.D.

John M. Feigert, M.D.
Page Two

| | |
|---|---|
| **APPOINTMENTS:** | Clinical Asst. Professor          3/95-present |
| | Department of Medicine |
| | Georgetown University Medical Center |
| | 3800 Reservoir Road, N.W. |
| | Washington, D.C.  20007 |

Medical Director, Div. of Oncology, 1990-1991
Department of Medicine, Elliot Hospital
955 Auburn Street, Manchester, NH

Instructor of Medicine          1988-1989
Cornell Univ. Medical College
1300 York Avenue, New York, NY  10021

**POSITIONS:**          Medical Staff, Virginia Hospital Center - Arlington
1625 N. George Mason Drive
Arlington, VA  22205          7/91-present

Medical Staff, INOVA-Fairfax Hospital
3300 Gallows Road
Falls Church, VA  22046          7/91-present

**PROFESSIONAL SOCIETIES:**          American College of Physicians
Arlington County Medical Society
American Society of Hematology
American Society of Clinical Oncology

**HONORS/AWARDS:**          Alpha Omega Alpha
Assistant Chief Medical Resident
The New York Hosp.-Cornell University College, 1985-1986
Second Prize - Annual Resident and Fellow's
Research Competition sponsors by The Society
for the Study of Blood, 1988

John M. Feigert, M.D.
Page Three

| | |
|---|---|
| PUBLIC SERVICE: | Member, Board of Directors |
| | Hospice of Northern Virginia 1996-2003 |
| | Chairman, Patient Care Committee 1998-1999 |
| | Member, Executive Committee       2000-2002 |
| | Member, Finance Committee   2000-2005 |

Medical Director, Hospice Program
Manchester Visiting Nurse Association
Manchester, NH                                    1990-1991

Professional Advisory Board
Visiting Nurse Association of Northern Virginia
Arlington, VA                                       1993-1997

TEACHING ACTIVITIES:     Attending Rounds Arlington Hospital
Attending Rounds Fairfax Hospital
Office Teaching:       Georgetown University
Medical Students/House Staff  1991- present

RESEARCH ACTIVITIES:     Research director and principle investigator for office based clinical
oncology research program 1992-present
Member CALBG/ECOG
NCI MEMBER #18669

BIBLIOGRAPHY:     Feigert, JM, Harpel, PC.  Tissue Plasminogen Activator
Binds to Immobilized Immunoglobulin G:  Enhancement by
Plasmin and the Indentification of Plasmin Derived Fab as the
t-PA Binding Fragment.  Clinical Research 1988; 36(3) 564a
abstract.

Feigert, JM, Wolfe, DJ and Schleider, MA, Porcine Factor VIII
Controls Severe Bleeding in Acquired Von Willebrand's Disease
By Supplying Von Willebrand's Factor.  Blood 1987;
70 (5) suppl. 1 371a abstract.

Feigert, JM, Sweet, DL, Colemen, M, et al.  Multicentric
Angiofollicular Lymph Node Hyperplasia with Peripheral
Neuropathy Pseudotumor Cerebri, Iga Dysproteinemia, and
Thrombocytosis in Women:  A Distinct Clinicopathology Entity.
Annals of Internal Medicine 1990: 113(5) 362-367.

Feigert, JM, Nachman, R, Letter to the Editor,  The New England
Journal of Medicine 1988; 319 (11) 725.

John M. Feigert, M.D.
Page Four

BIBLIOGRAPHY (cont.)

Feigert, JM, Coleman, M, Response to a Letter to the Editor, Annals of Internal Medicine 1991; 114 (6) 520.

Woolf S.H., Mugol R., Feigert J., Ball R.: Rapidly Progressive Prostate Cancer in the Primary Care Setting. J. Am Board Fam Pract 1996; 9:375-9.

Beveridge, RA, Miller, JA, Kales, AN ... Feigert JM et al. A Comparison of Efficacy of Sargramostim (yeast-derived Rhu GM-CSF) and Filgrastim (Bacteria-derived Rhu G-CSF) in the Therapeutic Setting of Chemotherapy-induced Myelosuppression. Cancer Investigation 1998; 16(6): 366-73.

Beveridge, RA, Kales, AN, Binder, RA . . . Feigert, JM et al. Randomized Trial Comparing the Tolerability of Sargramostim (yeast-derived RhuGM-CSF) and Filgrastrim (Bacteria-derived RhuG-CSF) in Cancer Patients Receiving Myelosuppressive Chemotherapy. Supportive Care in Cancer 1997; July; 5(4): 289-98.

Glaspy, J, Bukowski, R, Steinberg, D...Feigert, J...et al for the Procrit Study Group. Impact of Therapy with Epoetin Alfa on Clinical Outcomes in Patients with Non-Myeloid Malignancies During Cancer Chemotherapy in Community Oncology Practice. Journal of Clinical Oncology 1997; 5:1218-34.

List A, Baer MR, Steensma D,....Feigert J et al. Deferasirox (ICL670; Exjade) Reduces Serum Ferritin and Labile Plasma Iron in Patients with Myelodsyplastic Syndromes. Blood 2007; ASH Annual Meeting Abstracts, Part 1, 110:abstract 1470.

# JOHN M. FEIGERT, M.D.

1304 Timberly Lane
McLean, VA 22102
27 July 2008

Erica C. Mudd, Esq.
Armstrong, Donohue,Ceppos & Vaughan
204 Monroe St.,  Suite 101
Rockville, MD  20850

Re:  Duble matter

Dear Ms. Mudd;

     As per your request, I offer my opinions regarding Mrs. Duble's diagnosis of lung cancer and her prognosis.

     After graduating from Cornell University Medical College, I completed an internship and medical residency at The New York Hospital/Cornell University Medical Center and Memorial Sloan Kettering Cancer Center.  I then completed my fellowship in oncology and hematology at the same medical center.  Since completing my training in 1989, I have been in a full time private subspecialty group including the last 17 years here in northern Virginia.  I am board certified in oncology, hematology and internal medicine.  My expert rate is $325.00 per hour.

     Based on over 20 years of oncology practice, I have extensive experience in the natural history, diagnostic procedures, staging, treatment options and prognosis associated with lung cancer.

     I have reviewed the relevant medical records relating to the care of Mrs. Duble.  These records include materials from her admissions to The George Washington University Hospital, Montgomery General Hospital, Laurel Regional Hospital, Dr. Bannen's Practice, Dr. Mays's Practice, Dr. Mayo's Practice, Dr. Sapin's Practice, and Dr. Nikhar's Practice.  I have also reviewed plaintiff's Complaint and her Answers to Interrogatories, as well as the deposition testimony of plaintiff and Dr. Pushkas, and I have reviewed Dr. Pushkas's Initial and Addendum Report and the exhibits marked at his deposition.  I have also reviewed medical literature covering tumor staging and survival rates, including articles authored by Clifford Mountain, M.D.

     In my opinion, Mrs. Duble had at least a T3, N0 (stage 2B) non small cell lung cancer in September 2003 and her prognosis had she been diagnosed in the months to follow that month's chest X-Ray would have been five year survival in the 35 – 40% range.  She was actually diagnosed in July 2005 with a T4, N0 lung cancer based on invasion of visceral pericardium and chest wall.  Her prognosis at that point was five year survival between 10 and 15%.  Today,

John M. Feigert, M.D.  page 2

approximately three years since diagnosis, I understand that she is disease free.  In my opinion her prognosis from this point on is survival in the 35 % range.

The bases for these opinions includes the relatively modest growth of the cancer radiographically between the two points in time, the extent of disease discovered at surgery in 2005, the moderately differentiated (and therefore slower growing) cancer she had and the fact that clinical staging (especially with only a chest X-Ray) usually under estimates the true extent of disease and over estimates prognosis.

Furthermore, had Mrs. Duble been diagnosed in the months following the September 2003 X-Ray, she more likely than not would have required a pneumonectomy anyway based on the cancer's location and invasion of the chest wall.  Following this operation for at least stage 2B disease, she would have gone on to receive adjuvant chemotherapy similar to the treatment she received in 2005.

I state these opinions to a reasonable degree of medical probability and certainty.

Sincerely,

John Feigert

John M. Feigert, M.D.

John M. Feigert, M.D.
28 June 2008
Four year list of medical malpractice trials and depositions (best effort)

Trials:
Fields v Achufusi
Lenz v. Byrd
Lauseng
Altvater
Delatorre
Evans-Dimling
Spears v. Simon
Wells
Nix
Hart
Elias
Nachega
Rivera
Keenan-Bradley
Davis v. Beaver
Fortner
Wells


Depositions:
Worsley
Neary
Cole v. Kaiser
Fields v Achufusi
Sanders
Evans-Dimling
Davis v Georgetown
Stickel v. Kahn
Gross v. Bank
Steindler
Lauseng
Sussman
Wells
Holliman v Davidner
Lenz
Modaber
Nix
Meyers
Rudolph
Hart v Raiker
Thurston

John M. Feigert, M.D.  trial and deposition list  page 2

Ordes v Morganti
Parrino
Keenan v. Bradley
Lanier v. Cho
Slade
Rivera
Farmer
Ahern
Chaffin
Lott
Fuller-Baker
Llewellyn
Lipscomb
Gilford-Reynaud
Hart
Hvizdos
Stickel
Munoz-Elkins

# EXHIBIT D

**Ruth Fast, M.Ed., CRC, CCM**
102 Estates Road – Merry Point, Virginia  22513

804-462-7962                                                                                    ruthfastpgh@hotmail.com

## PROFESSIONAL EXPERIENCE

**Ruth Fast Consulting**                                                                     **2006-Present**

Comprehensive vocational rehabilitation services.

**Consultant**
**George Moore & Associates, Inc. (formerly OccuSystems, Inc.)**          **2005- 2006**

Provided rehabilitation expertise for individuals with disabilities.  Performed client assessment, career counseling, job analysis, transferable skills analysis, labor market survey, job seeking skills training, and job placement services.   Identified partners to enhance vocational opportunities including job training and placement. Provided vocational expert testimony and life care planning for cases involving disability and earning capacity issues.  Worked with programs for disabled Veterans.

**Manager**                                                                                       **1995-2005**
**GENEX Services Inc.**

*Hired by Resource Opportunities, Inc. (ROI) in 1995.  January 2002, ROI was acquired by GENEX.*

Maintained a caseload of seriously injured clients needing vocational rehabilitation assistance. Conducted assessment, performed job analysis, coordinated case management services, served as communication link among employers, employees, physicians, attorneys and other involved parties relating to injured employee.  Assessed job accommodations and job placement options for return to work.  Hired, trained and supervised medical and vocational case managers in provision of services.   Testified as an expert witness.

**District Manager    OccuSystems, Inc.**                                           **1990-1995**

Provided case management services for disabled individuals needing assistance to return to work.  Trained and supervised employees.  Consulted with employers on employment issues and job accommodations. Provided subject matter knowledge on education, training, and employment for special populations.  Provided expert testimony on rehabilitation issues.

**Ruth Fast**

**Director of Education and Training, Rehab Group, Inc.**                    **1976-1978**

Conducted studies related to the employment, education, and adjustment of disabled people. Assisted with affirmative action hiring and job site accommodations.  Wrote proposals and served as Project Manager on Government contracts.

**Vocational Coordinator, George Washington University, Research and Training Center**
**1974-1976**
Performed client evaluation and comprehensive vocational rehabilitation services. Planned, supervised, and coordinated activities of a multidisciplinary team that included physicians and allied health care professionals. Supervised graduate students. Managed Research and Development projects on issues related to employment and increased function of individuals with severe disabilities.

**Liaison, Board of Education, Pittsburgh Public Schools**                    **1972-1974**

Developed strategies for inclusion of Special Education students in mainstream vocational classes. Coordinated resources and support programs.

## EDUCATION

M.Ed. Special Education and Rehabilitation, University of Pittsburgh, Pennsylvania    **1972**
B.A.,University of Pittsburgh, Pennsylvania    **1970**
Continuing Education Units

## PROFESSIONAL CERTIFICATIONS AND APPOINTMENTS

Certified Rehabilitation Counselor (CRC)
Certified Case Manager (CCM)

## APPOINTMEN TS

Department of Labor, Advisory Committee on Veterans Employment and Training

Arlington/Alexandria Workforce Investment Board, Youth Council

Virginia Association of Rehabilitation Professionals, Past Treasurer and President

Arlington County Parent Resource Center, Advisory Committee

# VOCATIONAL ANALYSIS

Catherine Duble
Birth Date:        11/08/48
Date of Report:    08/25/08

## I.    Introduction

This report was completed at the request of Ms. Erica Mudd, Esquire.  The purpose of the Report is to provide an opinion regarding the employment potential and earning capacity of Ms. Catherine Duble.

An in-person vocational interview was conducted at the home of Ms. Duble who lives in an end unit town house in Olney, Maryland.  She participated in discussion and answered questions, for one hour and 50 minutes.

In addition to the interview, employment records, standard vocational resources, medical records, reports and depositions were reviewed to develop my opinions.  These opinions are held to a reasonable degree of certainty in the field of vocational rehabilitation.  If further information regarding Ms. Duble becomes available, this report is subject to change.

## II.    Background

Ms. Duble was born on November 8, 1948.  She presented as an attractive, tan, friendly women, comfortable engaging in conversation.  She is the youngest of her 3 sisters.  The oldest sister is retired, another sister receives disability related to cancer, and the other sister owns a restaurant in Fenwick.  Her mother lives in Gaithersburg and the father is deceased.  Ms. Duble divorced in 1992 and has 2 adult daughters.  One daughter who was married has twin sons, age 8.  The family maintains strong relationships, is supportive of each other, and all except the sister who lives in Fenwick lives in close proximity of Olney.  Ms. Duble cherishes the twins and watches them twice per week after their school day.  She would like them more frequently but the family has a schedule of who will watch the boys during the week and Ms. Duble's sister and mother share this schedule.

Ms. Duble is Greek Orthodox and speaks, reads, and writes Greek.  The closest Greek Orthodox Church is in the District of Columbia where she drives to attend services.  She is delighted that the Church recently purchased land in Olney and is expected to complete building within two years.  Greek tradition and its religion are important for Ms. Duble.

Ms. Duble drives a car and is experienced in the metropolitan area.  Since her stroke in 2002, she does not like driving in the rain but can do so if necessary.

Ms. Duble stated that she enjoys people and particularly liked the social interaction as part of her job. She said that work was her hobby. Her current hobbies include spending time with her grandsons and volunteering at their elementary school. She recently started reading again (previously she could not concentrate and remember what she was reading). She frequently uses her computer, does some gardening and housework, travels, and regularly visits with family members.

She used to volunteer at Benefit Funding Corporation twice per week from May 2007 until recently. This would have continued if she did not feel demeaned by the office manager. Ms. Duble is planning to increase her volunteering activities and applied for several opportunities. Once the Olney Church is constructed, Ms. Duble intends to volunteer daily.

## III.   **Medical**

Ms. Duble smoked for 30 years. In September 2002, she suffered a brain hemorrhage, heart attack and was in a coma. Her rehabilitation was remarkable and she essentially recovered from aphasia, confusion, memory loss, and left side paralysis. She returned to work after five months of recovery in March 2003 in a light duty capacity with residual left side neuropathy, weakness and numbness, improving her function while working. She had no disability insurance. Neuropsychological testing in September 2003, one year after the stroke, indicated that she had mild residuals including mild impairment with short-term memory and ability to multitask.

Several throat surgeries to remove scar tissue from intubations were performed in 2003. Additional surgeries included right knee surgery and left wrist surgery in April 2005. She still has pain in the knee.

In August, 2005, Ms. Duble had her right lung removed due to cancer. In October 2005 she began chemotherapy and radiation therapy completing the treatment in January 2006. Dr. Bannen monitors Ms. Duble for cancer. After three years of monitoring, no cancer cells were found.

In a medical note, Dr. Bannen indicated that the goal was to return Ms. Duble to work subsequent to chemotherapy and radiation therapy. When asked about Dr. Bannen's recommendation regarding work, Ms. Duble said that they do not discuss work during the appointments.

Currently, Ms. Duble denies use of any medication except for cholesterol control and she takes calcium supplements. She does stretching exercises using an exercise ball and practices meditation. This helps when she feels fatigued or uncomfortable. Her complaints included left side neuropathy from the 2002 stroke, and right side neuropathy from the cancer. She has noticed gradual

improvement.  Her major complaint was shortness of breath exacerbated by extreme weather, especially high humidity such as on the day we met.  This did not interfere with her ability to communicate.

There were no medical records stating that Ms. Duble could not work.

## IV.    <u>Work History</u>

Ms. Duble reviewed a resume that she prepared 14 years ago and stated that the work history was accurate.  In summary, Ms. Duble started her career as a banking teller and head teller for 4 years from 1966-1970.  She then worked in the mortgage lending industry from 1970 until July 2005.  For the last 16 years of her experience, she worked for Benefit Funding Corporation as an Executive Vice President.  According to Internet records, she was also an officer of the Benefit Funding Corporation registered in Florida with the corporate office in Beltsville, Maryland.   In the capacity of Executive Vice President, Ms. Duble basically managed the office, trained staff, supervised other loan officers and clerical staff, guided clients through loan applications, provided loan and credit counseling, reviewed loan applications for accuracy and credit worthiness, and transacted loan business while fulfilling general management duties.

Income Tax records and Benefit Funding Corporation Payroll Summary records were reviewed with Ms. Duble for earnings history.  The following information is combined from W-2 statements and payroll reports.

| Year | W-2 Wages, Commissions | Net Pay |
|------|------------------------|---------|
| 2002 | $ 262,371 | $179,127.00 |
| 2003 | $  92,906 | $ 65,465 |
| 2004 | $ 117,057 | $ 80,389 |
| 2005 | $114,569 | $ 98,499 |

Tax returns for 2006 and 2007 were not available.

Currently, Ms. Duble is not earning a salary and receives disability payments.  She receives $4, 266 per month from Educators Mutual, the Long Term Disability (LTD) carrier, and $2,050 from the Social Security Administration, less $60.70 for prescription coverage totaling $6,255 per month or $75,063 per year tax-free.  The Long Term Disability insurance continues until age 65 or until Ms. Duble earns a salary, even if the salary is less then the amount she receives from the insurance company.

Subsequent to lung surgery, Ms. Duble returned to Benefit Funding Corporation as a volunteer performing office tasks two days per week and maintaining current knowledge of the mortgage lending industry. She recently stopped going to the office because she felt demeaned by the office manager. She expressed disappointment that her close relationship with the President no longer existed and that in retrospect the ties were based upon revenue that she generated as opposed to friendship.

According to Ms. Duble, the approximately $75,000 tax-free income is adequate and practical during this economic market when lending referrals are low. Therefore she decided that it is in her best interest to not work.

## IV.    Education/Training

Ms. Duble graduated from Northwood High School in Wheaton, Maryland in 1966. She completed courses sponsored by various government agencies and Mortgage Bankers Association on Appraising, Mortgage Law, Loan Processing, and Underwriting. On March 6, 2007, she completed a 6-hour Continuing Education course approved by the State of Maryland for mortgage lenders. Ms. Duble indicated that this course along with the others is easy for her. Her knowledge from years of experience is extensive and one of her favorite parts of her job was training staff and explaining mortgage lending to clients.

## V.    Conclusion

Loan officers typically are paid on a commission basis. Earnings fluctuate with the numbers of loans generated, and loans increase during times of economic prosperity. According to the Mortgage Bankers Association and Department of Housing and Urban Development, the number of loans has consistently dropped since 2005. New market applications fell 14.1% and refinancing dropped 22.9% this summer.

Ms. Duble is aware of the market and challenges for earning commission on loans. She indicated that loan referrals would not be occurring, the basis for her income, in this real estate market. She stated that she would have to earn almost $150,000 to equal her tax-free benefits of $75,000 annually. In the last 4 years of income records, she only exceeded $150,000 once. She believes it would be a risk for her to relinquish her benefits and return to work. The long-term disability policy extends until she is either age 65 or returns to work in any capacity. Ms. Duble has chosen to retain the disability benefits and not risk netting less in salary then she currently receives. If she returns to work as a loan officer, she has no guarantee of earning the equivalent income particularly in this market.

Ms. Duble has many years of consistent work history demonstrating in depth knowledge of the mortgage banking industry and office management. She has

retained her knowledge and skills and can work instead of volunteer. She is interested in using her knowledge to benefit others as she described herself as an ethical loan officer who has experienced working with clients who have fallen prey to lenders that have taken advantage of them. Ms. Duble has an interest in helping others make good lending decisions and is willing to do this on a volunteer basis only.

If this were a strong real estate market, Ms. Duble would have returned to work as an Executive Vice President. Her earnings from Benefit Funding Corporation were consistent with Bureau of Labor Statistics data on wages for Management Occupations. The May 2007 State Occupational Employment and Wage Estimates indicate that the mean annual earnings for Chief Executives was $155,320. Ms. Duble earned an average of $146,726 annually from 2001 to 2005 and this included periods of illness and absence from work in 2002 and 2005. She is currently unaware of the financial situation of Benefit Funding Corporation but it is possible that this company is experiencing difficulty as are many other mortgage lenders.

Ms. Duble has financial experience and management experience, valuable skills that can be used in other industries besides mortgage lending. Her abilities could be used in general office management and to help people or employers manage financial assets, secure loans, or administer contracts. General and Operations Managers earn an average of $112,160, according to the May 2007 Maryland State Occupational Employment and Wage Estimates. Ms. Duble is capable of earning the average wage based upon her significant work history. Jobs requiring skills such as those held by Ms. Duble are available in the Washington, D.C. Metropolitan area.

These opinions are subject to change if provided with new or different materials. If you have any further questions, please feel free to contact me at any time.

Respectfully submitted by,

Ruth Fast, M.Ed., CRC, CCM

Ruth Fast, M.Ed., CRC, CCM
102 Estates Road
Merry Point, VA  22513

804-462-7962                                                    ruthfastpgh@hotmail.com

August 25, 2008

Erica C. Mudd, Esquire
Armstrong, Donahue, Ceppos & Vaughan
204 Monroe Street, Suite 101
Rockville, MD 20850

**Re:    Catherine Duble v. Medical Faculty Associates, Inc.**

Dear Ms. Mudd:

Enclosed please find an initial report based upon an in-person interview and review of documents regarding Ms. Duble.

My fee for services is $200 per hour with the exception of testimony, which is invoiced at the rate of $250 per hour.  Expenses are charged at the actual rate and mileage at the government reimbursable rate.

Per your question about prior testimony experience, within the last four years, this information follows.

> Daniel C. Reck v Elizabeth Diamond
> Circuit Court for Baltimore City (Deposition)

> William Pfaff V. Raymond V. Harron, D.O.
> Roanoke City Circuit Court (Deposition)

> McAlexander v. Sitaras, M.D., et al.
> Circuit Court for Baltimore County (Trial)

If you need any additional information, please call me.  Thank you.


Sincerely,


Ruth Fast, M.Ed., CRC, CCM

# EXHIBIT E

004091

# THOMAS F. GROGAN, CFE
VICTORIA BUSINESS CENTER
1489 BALTIMORE PIKE, SUITE 211
SPRINGFIELD, PENNSYLVANIA 19064

Tel. (610) 544-4285
Fax (610) 544-4287

## PROFESSIONAL EXPERIENCE

Thomas Grogan has specialized since 1985 in the performance of economic and financial analyses in connection with litigation, fraud and insurance claim matters.

Mr. Grogan's experience in litigation matters has included the evaluation of sales and expense trends, market share, manufacturing capacity, profitability and income in connection with disputes relating to matters of breach of contract, breach of fiduciary duty, shareholder rights, environmental sites, business interruption, intellectual property, lender liability, personal injury, wrongful death and wrongful termination, among others.

His experience in fraud matters has included the investigation of vendor kick-backs, embezzlement, expense reimbursement fraud, payroll fraud, diversion of assets, fraudulent conveyance, and health care reimbursement fraud. In addition, he has consulted with clients on the evaluation and implementation of internal control policies and procedures.

In connection with insurance claim matters, Mr. Grogan's responsibilities have included the evaluation of business income and property losses in accordance with commercial insurance policy provisions. He has functioned as the independent accounting consultant on behalf of insurance industry clients as well as insureds in the claim resolution process.

1985 – 1990 Center for Forensic Economic Studies/Barach and Company – Economic Analyst.
1990 – 1994 Coopers & Lybrand LLP – Manager.
1995 – 1998 Deloitte & Touche LLP – Senior Manager.
1999 – 2004 KPMG LLP – Principal.
2004 – Present – Private practice.

## EDUCATION/ CERTIFICATION/MEMBERSHIP

BA, Economics - Saint Joseph's University
MS, Finance - Drexel University
Certified Fraud Examiner
Member of the National Association of Forensic Economics
Member of the American Economic Association

## TRIAL AND DEPOSITION TESTIMONY

Mr. Grogan has provided expert testimony in Federal, Bankruptcy, and state courts and arbitration proceedings in Pennsylvania, Ohio, Maryland, Massachusetts, Virginia and the District of Columbia. He has also served as a Court appointed auditor/expert in a breach of contract matter, as a Court appointed expert in a business valuation dispute, and as a financial consultant to a Court appointed Special Board Committee in an acquisition related dispute.

004092

**THOMAS F. GROGAN**
VICTORIA BUSINESS CENTER
1489 BALTIMORE PIKE, SUITE 211
SPRINGFIELD, PENNSYLVANIA 19064

Tel. (610) 544-4285
Fax (610) 544-4287

August 28, 2008

Erica C. Mudd, Esquire
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Suite 101
Rockville, MD  20850

Re:  **Catherine Duble**

Dear Ms. Mudd:

As requested, I have analyzed the economic losses associated with the medical condition of Catherine Duble.  The following sections of this letter detail the **Documents Reviewed**, my **Analysis** and **Conclusions**.

**Documents Reviewed**

The following documents were reviewed in connection with this matter:

- Complaint
- Plaintiff's depositions
- 2002 – 2006 W-2 forms
- Benefit Funding Corporation employment records
- Short term and long term disability records
- Plaintiff's answers to interrogatories
- Expert report of Thomas Borzilleri
- Documentation related to Medicare Benefits
- Documentation related to Eastern Benefit disability benefits
- August 25, 2008 report by Ruth Fast

In addition, I have researched other data and statistics as cited in the following sections of this report.

004093

Erica C. Mudd, Esquire
August 28, 2008
Page 2


**Analysis**

An analysis of economic losses related to diminished earning capacity is generally accomplished in two parts:

- First, an analysis is made of the expected level of earnings which would have been experienced had the individual in question not encountered the effects of the specific acts or events which are the subject of the dispute (such as the alleged medical malpractice in the present matter). This analysis of potential earnings "but for" the complained of acts or events considers such factors as the likely levels of income (both wage and fringe benefits) which would have been attained, increases in income over time, taxes which would have been paid as a consequence of future earnings, the length of time the individual was likely to be active in the workforce, and the discounting of future amounts to their appropriate present value. The result of this first analysis is a calculation, expressed in present values, of the aggregate level of potential earnings which the individual was likely to achieve absent the effects of the acts or events subject to the dispute.


- Second, a separate analysis is made that addresses the level of earnings which the individual is now likely to achieve, given the effects of the acts or events in question. Thus, a second analysis is performed reflecting income levels, increases, taxes and worklife anticipated given the effects of the acts or events in question.


The difference, if any, between these two analyses, constitutes the economic loss.

In the case of Catherine Duble, I understand that the prognosis for survival relating to her medical condition is poor, although uncertain, with a likely survival of less than two years from the present time. However, you have indicated that medical testimony will reflect that this prognosis would not have been significantly altered even with earlier diagnosis and treatment. As a result, it is not clear that life expectancy issues, alone, will have any impact on the analysis of potential lost earnings.

In addition, the August 25, 2008 report by Ruth Fast indicates that Ms. Duble is currently capable of employment consistent with her previous position, but has chosen not to pursue such employment as a result of deteriorated market conditions and associated earnings (unrelated to her medical condition).[1] Ms. Fast's analysis indicates that Ms. Duble's present unemployment is a result of Ms. Duble's decision not to pursue employment, rather than her physical condition.

---

[1]    It is noted in the report of Ms. Fast that the earning levels previously experienced by Ms. Duble may not be currently available as a result of economic/market conditions.

Erica C. Mudd, Esquire
August 28, 2008
Page 3


From an economic perspective, it is apparent as a consequence of the opinions of Ms. Fast that the two separate analyses of potential earnings (i.e. earnings absent alleged malpractice and earnings given alleged malpractice) would be identical, and no economic loss will result from the alleged medical malpractice.[2]

## Conclusions

As described more fully above, there is no basis upon which to conclude that a loss of earnings has occurred as a consequence of the medical malpractice alleged in connection with this matter.[3]

\* \* \* \* \*


This analysis is based on the information I have reviewed to date and the assumptions described above.  Additional information that becomes available subsequent to the date of this letter may impact my analysis and conclusions.  My hourly rate is $300.

Very truly yours,

*Thomas F. Grogan*

Thomas F. Grogan

---

[2]      Any potential loss of earnings would be attributable to Ms. Duble's decision not to pursue employment, rather than to the alleged effects associated with her treatment.
[3]      As an additional consideration, if it is assumed that as a consequence of the alleged medical malpractice Ms. Duble's life expectancy has been reduced,  it is then necessary to reduce any estimate of economic loss by the amount of foregone personal maintenance expenses which she would otherwise have incurred.

DEPOSITIONS:

Allen v. UMMS - Circuit Court for Baltimore City
Babb v. Maryland General Hospital - Circuit Court for Baltimore City
Bailey v. Walker - Circuit Court for Baltimore County, Maryland
Beckett v. Maytag - Circuit Court for Talbot County, Maryland
Booth v. Shepard - Circuit Court of Baltimore City, Maryland
Burke v. Maryland Office Interiors - Superior Court of the District of Columbia
Byrne v. Busch - Superior Court of the District of Columbia
Carey v. United States - United States District Court, Maryland
Cephas/Edwards v. Casey - Circuit Court of Talbot County, Maryland
Chappell v. Kaiser, et al. - Circuit Court of Prince George's County, Maryland
Cox v. - Circuit Court for Baltimore County
Decker v. Ciacci - Circuit Court for Baltimore City
Dent v. - Circuit Court of Anne Arundel County, Maryland
Dopudja v. - United States District Court, District of Columbia
Dworkin v. McBreen - Superior Court of the District of Columbia
Elguezabal v. UMMS - Circuit Court of Baltimore City, Maryland
Evans v. Capital Medical Services - Superior Court of the District of Columbia
Farhat v. Cohen - Circuit Court of Montgomery County, Maryland
Fields v. Goodman - Circuit Court of Baltimore County, Maryland
Gayle-Johnson v. Howard University - Superior Court of the District of Columbia
Gilson v. Zebley - Circuit Court for Baltimore City, Maryland
Gimbel v. American Radiology - Circuit Court for Baltimore City, Maryland
Harvin v. Dey - Circuit Court for Baltimore City, Maryland
Hicks v. Personal Foot Care, et al. - Circuit Court for City of Petersburg, Virginia
Hobbs v. Malik - Circuit Court of Wicomico County, Maryland
Levy v. Zimmer Holdings - United States District Court, Maryland
Lewis v. Upper Chesapeake - Circuit Court for Harford County, Maryland
Maffei v. GBMC - Circuit Court for Baltimore County, Maryland
Merritt v. Stanley Rochkind, et al. - Circuit Court for Baltimore City
Mohamed v. Rasul - Superior Court of the District of Columbia
Neary v. Kaufman & Zinsmeister - Superior Court of the District of Columbia
Oliver v. Dickson - Circuit Court for Carroll County, Maryland
Revels v. Lindsay, et al. - Circuit Court of Wicomico County, Maryland
Robinson v. Sobhan - Circuit Court of the City of Hampton, Virginia
Ross v. Anne Arundel Medical Center - Circuit Court of Anne Arundel County, Maryland
Sisas v. Bringman - Circuit Court of Anne Arundel County, Maryland
Smith v. Abbott - Circuit Court of Baltimore City
Smith v. Textron - Circuit Court of Baltimore County
Suite v. UMMS - Circuit Court for Baltimore City
Swann v. Weinstein - Circuit Court for Baltimore City
Kenyon Taylor, et al v. Stanley Rochkind, et al. - Circuit Court for Baltimore City
Taylor v. Kaiser – Circuit Court of Fairfax County, Virginia
April Thornton, et al v. Stanley Rochkind, et al. - Circuit Court for Baltimore City
Utley v. Dimensions Health. - Circuit Court of Prince George's County, Maryland
Williams v. Bone - Circuit Court of Prince George's County, Maryland
Wilson v. Bowman - Circuit Court of Talbot County, Maryland

004096

TRIALS AND HEARINGS:

Colahan v. Dupont Circle Partners, et al. - Superior Court of the District of Columbia
Dworkin v. McBreen - Superior Court of the District of Columbia
Fields v. Goodman - Circuit Court of Baltimore County, Maryland
Fix v. Hake - Court of Common Pleas of York County, Pennsylvania
Gist v. Yoon - Circuit Court of Carroll County, Maryland
Green v. Drexel University – Court of Common Pleas Philadelphia County, Pennsylvania
Grauel v. Easley - Circuit Court of Anne Arundel County, Maryland
Hartman v. Washington Brain & Spine Institute - Superior Court of the District of Columbia
Hopkins v. Sadiq - Circuit Court of Prince George's County, Maryland
Jones v Naguib - Circuit Court of Baltimore County, Maryland
Lawson v. United States - United States District Court, Maryland
Loftis v. United States - United States District Court, Maryland
Majchrzak v. Jarrell - Circuit Court of Anne Arundel County, Maryland
Phillips v. Snyder, et al. - Superior Court of the District of Columbia
Schneider v. Georgetown University - Superior Court of the District of Columbia
Simmonds v. Southern Maryland Hospital - Circuit Court of Prince George's County, Maryland
Sisas v. Bringman - Circuit Court of Anne Arundel County, Maryland
Sprague v. Civista Health - Circuit Court of Charles County, Maryland
Temby v. Bell - Superior Court of the District of Columbia
Vogel v. Footer - Superior Court of the District of Columbia
Whitaker v. Miles - Circuit Court for Baltimore City, Maryland
Williams v. Bone - Circuit Court of Prince George's County, Maryland
Wilson v. Convit - Superior Court of the District of Columbia