IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE M. DUBLE, | * |
| Plaintiffs | * |
| | * |
| vs. | * |
| | * |
| DISTRICT HOSPITAL PARTNERS, LP (d/b/a THE GEORGE WASHINGTON UNIVERSITY HOSPITAL), et al. | * |
| Defendants | * |

Case No.: 07-cv-01145

*********************************************************************

NOTICE OF SERVICE

This is to certify that on this __4th__ day of __September__, 2008, a copy of Plaintiffs Answers to Defendants Interrogatories and Notice filed electronically, were delivered to: Kenneth Armstrong, Esquire, Erica Mudd, Esquire, Armstrong, Donohue, Ceppos & Vaughan, 204 Monroe Street, Suite 101, Rockville, Maryland 20850, Attorneys for Defendant MFA.

_____
Michael H. Bereston, Esquire
Michael H. Bereston, P.A.
8 Fleet Street, P.O. Box 2990
Annapolis, MD 21401
410-269-5011

Attorneys for Plaintiffs