## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATHERINE M. DUBLE,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No.: 07-cv-01145 |
| | : |
| **MEDICAL FACULTY ASSOCIATES, INC.,** | : |
| | : |
| **Defendants.** | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that all claims, actions, and causes of action against defendant, Medical Faculty Associates, Inc., be, and the same are hereby are: DISMISSED WITH PREJUDICE this 6th day of December, 2009.

Respectfully submitted,

                                                  **ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED**

| /S/ | /S/ |
|---|---|
| Michael H. Bereston, Esquire | Kenneth Armstrong, Esquire # 320507 |
| 8 Fleet Street, 2nd Floor | Erica C. Mudd, Esquire #500785 |
| P.O. Box 2990 | 204 Monroe Street, Suite 101 |
| Annapolis, MD 20036 | Rockville, M.D. 20850 |
| (410) 269-5011 | (301) 251-0440 |
| Counsel for Plaintiff | Counsel for Defendant, Medical Faculty Associates, Inc. |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Stipulation of Dismissal With Prejudice was mailed, postage prepaid, via first class mail this 6th day of January, 2009, to:

Michael H. Bereston, Esquire
8 Fleet Street, 2nd Floor
P.O. Box 2990
Annapolis, MD 21401

                                                                     /S/
                                                        Erica C. Mudd